NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Harold A. Barza (SB# 80888)
Bruce E. Van Dalsem (SB# 124128)
Matthew S. Hosen (SB# 291631)
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
213-443-3000



ATTORNEY(S) FOR: Plaintiff NML Capital, Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NML Capital, Ltd.

Plaintiff(s),

v.

SPACE EXPLORATION TECHNOLOGIES CORP., aka SPACEX, a Delaware corporation; THE REPUBLIC OF ARGENTINA, a foreign state, including its COMISIÓN NACIONAL DE ACTIVIDADES ESPACIALES, aka CONAE, a political subdivision of the Argentine State; and DOES 1-10

Defendant(s)

CASE NUMBER: CV14-02262 - SVW (Ex)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Plaintiff, NML Capital, Ltd.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| NML Capital, Ltd. | Plaintiff |
| The Republic of Argentina | Defendant |
| Space Exploration Technologies Corp. | Defendant |



3/25/14          B̸ ~ E. U-D̸e̸~
Date              Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES