```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
       Harold A. Barza (Bar No. 80888)
 2     halbarza@quinnemanuel.com
       Bruce E. Van Dalsem (Bar No. 124128)
 3     brucevandalsem@quinnemanuel.com
       Matthew S. Hosen (Bar No. 291631)
 4     matthosen@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 6  Facsimile: (213) 443-3100

 7  Of Counsel:

 8  DECHERT LLP
       Robert A. Cohen (pro hac vice to be filed)
 9     robert.cohen@dechert.com
    1095 Avenue of the Americas
10  New York, NY 10036
    Telephone: (212) 698-3500
11  Facsimile: (212) 698-3599

12  Attorneys for Plaintiff NML Capital, Ltd.
```

FILED 2014 MAR 25 AM 11:49 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CAL. LOS ANGELES BY: ___

COPY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NML CAPITAL, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SPACE EXPLORATION TECHNOLOGIES CORP., aka SPACEX, a Delaware corporation; THE REPUBLIC OF ARGENTINA, a foreign state, including its *COMISIÓN NACIONAL DE ACTIVIDADES ESPACIALES*, aka CONAE, a political subdivision of the Argentine State; and DOES 1-10, <br><br> Defendants. | CASE NO. CV14-02262-SVW(Ex) <br><br> **NOTICE OF RELATED CASE** <br><br> (Local Civil Rule 83-1.3.1) |

01998.23618/5832737.1

NOTICE OF RELATED CASE

1 | TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2 | Plaintiff NML Capital, LTD. ("NML") files this notice pursuant to Central District of California Local Civil Rule 83-1.3.1 regarding the cases captioned *NML Capital Ltd v. The Republic of Argentina*, C.D. Cal. Case No. CV11-03507-SJO (RZx) and *NML Capital, Ltd. v. The Republic of Argentina*, C.D. Cal. Case No. CV11-3970-SJO (RZx) (the "Prior Cases").

The Prior Cases arose, and this action arises, from defaulted bond debt issued by the Republic of Argentina, the collection of which is governed by the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1602, *et seq.* The undersigned does not believe that this case qualifies for related case transfer under Local Rule 83-1.3.1 because the Prior Cases were voluntarily dismissed nearly two years ago, and because this action and the Prior Cases concern different Argentine assets in the possession of different third parties so that the FSIA analysis required in this action is significantly different from that undertaken in the Prior Cases. Nevertheless, NML has filed this notice of related case in the interest of full disclosure so that the Court may decide if there would be substantial duplication of labor if this action is heard by a different judge.

DATED: March 25, 2014

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Harold A. Barza
   Bruce E. Van Dalsem
   Matthew S. Hosen

By _____
Bruce E. Van Dalsem

| | |
|---|---|
| 1 | |
| 2 | DECHERT LLP |
| 3 | Robert A. Cohen (of counsel) |
| | robert.cohen@dechert.com |
| 4 | Eric C. Kirsch (of counsel) |
| | eric.kirsch@dechert.com |
| 5 | 1095 Avenue of the Americas |
| 6 | New York, NY 10036 |

DECHERT LLP
  Robert A. Cohen (of counsel)
  robert.cohen@dechert.com
  Eric C. Kirsch (of counsel)
  eric.kirsch@dechert.com
1095 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 698-3500
Facsimile:  (212) 698-3599

Attorneys for Plaintiff NML Capital, Ltd.