```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Harold A. Barza (Bar No. 80888)
 2    halbarza@quinnemanuel.com
      Bruce E. Van Dalsem (Bar No. 124128)
 3    brucevandalsem@quinnemanuel.com
      Matthew S. Hosen (Bar No. 291631)
 4    matthosen@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California  90017-2543
    Telephone:  (213) 443-3000
 6  Facsimile:  (213) 443-3100

 7  Of Counsel:

 8  DECHERT LLP
      Robert A. Cohen (pro hac vice to be filed)
 9    robert.cohen@dechert.com
    1095 Avenue of the Americas
10  New York, NY 10036
    Telephone:  (212) 698-3500
11  Facsimile:  (212) 698-3599

12  Attorneys for Plaintiff NML Capital, Ltd.

13
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NML CAPITAL, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SPACE EXPLORATION TECHNOLOGIES CORP., aka SPACEX, a Delaware corporation; THE REPUBLIC OF ARGENTINA, a foreign state, including its *COMISIÓN NACIONAL DE ACTIVIDADES ESPACIALES*, aka CONAE, a political subdivision of the Argentine State; and DOES 1-10, <br><br> Defendants. | CASE NO. CV14-02262   SVW (Ex) <br><br> **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 14-02262 SVW (EX)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Space Exploration Technologies Corp. AKA Spacex was received by me on *(date)* 03/25/2014.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Sharon Brough, who is designated by law to accept service of process on behalf of *(name of organization)* Space Exploration Technologies AKA Spacex on *(date)* 03/25/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 03/25/2014

*Server's signature*

Jeffrey L. Levine RPS
*Printed name and title*

5981 W 76th Street
Los Angeles CA 90045
*Server's address*

Additional information regarding attempted service, etc:
Other Documents served: complaint Exhibits A-E, Notice of Interested Party Notice of related cases, Civil Case cover sheet, Notice of Assignment to United State Judges
Time of service 2:00 PM