Name and address:
Robert A. Cohen
Dechert LLP
1095 Avenue of the Americas
New York, New York 10036

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NML CAPITAL, LTD., <br><br> Plaintiff(s) <br> v. <br> SPACE EXPLORATION TECHNOLOGIES CORP., aka SPACEX; THE REPUBLIC OF ARGENTINA, including CONAE; and DOES 1-10, <br><br> Defendant(s). | CASE NUMBER <br><br> CV14-02262 <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Robert A. Cohen                               of     Dechert LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*        1095 Avenue of the Americas
                                                                    New York, New York 10036
212-698-3501           212-314-0001
*Telephone Number*     *Fax Number*

Robert.Cohen@dechert.com
*E-Mail Address*                                *Firm Name & Address*

for permission to appear and participate in this case on behalf of

NML Capital, Ltd.

*Name(s) of Party(ies) Represented*     [x] Plaintiff   [ ] Defendant   [ ] Other: _____

**and designating as Local Counsel**

Harold A. Barza                               of     Quinn Emanuel Urquhart & Sullivan, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   865 South Figueroa Street
                                                              10th Floor
Bar No. 80888           213-443-3000                          Los Angeles, California 90017-2543
*Designee's Cal. Bar Number*   *Telephone Number*

                        212-443-3100                          *Firm Name & Address*
                        *Fax Number*
                                                              halbarza@quinnemanuel.com
                                                              *E-Mail Address*

**hereby ORDERS the Application be:**

[ ] GRANTED.

[ ] DENIED. Fee shall be returned by the Clerk.

[ ] DENIED, for failure to pay the required fee.

Dated
_____                    **U.S. District Judge/U.S. Magistrate Judge**