UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NML CAPITAL, LTD.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP., aka SPACEX, a Delaware corporation; THE REPUBLIC OF ARGENTINA, a foreign state, including its *COMISIÓN NACIONAL DE ACTIVIDADES ESPACIALES,* aka CONAE, a political subdivision of the Argentine State; and DOES 1-10,<br><br>　　　　　　　　　　　Defendants. | Case No. CV14-02662 SVW (Ex)<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

STATE OF NEW YORK　　　）
　　　　　　　　　　　　） ss.:
COUNTY OF QUEENS　　　　）

　　　　Andrew Bartley, being duly sworn, deposes and says that Deponent is not a party to this action, is over 18 years of age, and is a resident of the State of New York.

　　　　On April 1, 2014, at approximately 3:02 p.m., at the offices of Banco de la Nacion Argentina, located at 230 Park Avenue, New York, NY 10169, Deponent served the within Summons in a Civil Action, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties (Local Rule 7.1.-1), Clerk's Certification of a Judgment to be Registered in Another District with Amended Judgment, Notice of Assignment to United States Judges, and Notice of Related Case upon: **The Republic of Argentina, c/o Banco de la Nacion Argentina**, by delivering to and leaving with Roberto H. Barrientos, Vice President a true and correct copy of said documents.

　　　　At the time of said service, Roberto H. Barrientos confirmed that he is duly authorized to accept service of legal documents on behalf of Banco de la Nacion as agent for The Republic of Argentina and further acknowledged said service by endorsing a copy of the aforementioned Summons.

　　　　Roberto H. Barrientos is described as a Caucasian male, approximately 59-64 years of age, 160-170 lbs., 5'6"-5'7" tall, and had gray/white hair.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Andrew Bartley

Sworn to before me this
2nd day of April, 2014

_____
Notary Public

*Karlene S. Jackson, Notary Public*
*State of New York, #01JA5083169*
*Qualified in Queens County*
*Commission Expires November 17, 2017*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

NML CAPITAL, LTD.,

_Plaintiff(s)_

v.

SPACE EXPLORATION TECHNOLOGIES CORP., aka SPACEX, a Delaware corporation; THE REPUBLIC OF ARGENTINA, a foreign state, including its Comisión Nacional de Actividades Espaciales, aka CONAE, a political subdivision of the Argentine State; and DOES 1-10

_Defendant(s)_

Civil Action No.

**CV14-02262 - SVW (Ex)**

COPIES RECEIVED
ROBERTO BARATUTO
4/11/2014

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   SPACE EXPLORATION TECHNOLOGIES CORP. aka SPACEX
1 Rocket Road
Hawthorne, California 90250

THE REPUBLIC OF ARGENTINA, a foreign state, including its
Comisión Nacional de Actividades Espaciales, aka CONAE
Buenos Aires, Argentina

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   QUINN EMANUEL URQUHART & SULLIVAN, LLP
Harold A. Barza (SB# 80888)
Bruce E. Van Dalsem (SB# 124128)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Tel: (213) 443-3000; Fax: (213) 443-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAR 25 2014

CLERK OF COURT

ANDRES PEDRO

_Signature of Clerk or Deputy Clerk_

1202

COPY

**ROBERTO H. BARRIENTOS**
VICE PRESIDENT

**BANCO DE LA NACION ARGENTINA**  TEL. (212) 303-0880
230 PARK AVE. - EAST WING - 3RD FLR  FAX (212) 303-0805
NEW YORK, N.Y. 10169  rbarrientos@bnany.com