Name and address:
Robert A. Cohen
Dechert LLP
1095 Avenue of the Americas
New York, New York 10036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NML CAPITAL, LTD., <br> Plaintiff(s) <br> v. <br> SPACE EXPLORATION TECHNOLOGIES CORP., aka SPACEX; THE REPUBLIC OF ARGENTINA, including CONAE; and DOES 1-10, <br> Defendant(s). | CASE NUMBER <br> CV14-02262 <br><br> ORDER ON APPLICATION <br> OF NON-RESIDENT ATTORNEY TO APPEAR <br> IN A SPECIFIC CASE *PRO HACE VICE* |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Robert A. Cohen
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-698-3501           212-314-0001
*Telephone Number*      *Fax Number*

Robert.Cohen@dechert.com
*E-Mail Address*

of

Dechert LLP
1095 Avenue of the Americas
New York, New York 10036

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

NML Capital, Ltd.

*Name(s) of Party(ies) Represented*    ☒ *Plaintiff*   ☐ *Defendant*   ☐ *Other:*_____

**and designating as Local Counsel**

Harold A. Barza
*Designee's Name (Last Name, First Name & Middle Initial)*

Bar No. 80888           213-443-3000
*Designee's Cal. Bar Number*   *Telephone Number*

                        212-443-3100
                        *Fax Number*

of

Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street
10th Floor
Los Angeles, California 90017-2543

*Firm Name & Address*

halbarza@quinnemanuel.com
*E-Mail Address*

**hereby ORDERS the Application be:**

☐  xx  **GRANTED**.
☐  **DENIED.  Fee shall be returned by the Clerk.**
☐  **DENIED.  For failure to pay the required fee.**

**Dated  April 4, 2014**

*[signature]*

**STEPHEN V. WILSON, U.S. District Judge**