1  COOLEY LLP
2  WILLIAM P. DONOVAN, JR. (SBN 155881)
   wdonovan@cooley.com
3  JOSEPH B. WOODRING (SBN 272940)
   jwoodring@cooley.com
4  1333 2nd Street, Suite 400
   Santa Monica, CA  90401
5  Telephone:  (310) 883-6400
   Facsimile:  (310) 883-6500
6
   MATTHEW D. CAPLAN (SBN 260388)
7  mcaplan@cooley.com
   101 California Street, 5th Floor
8  San Francisco, CA  94111-5800
   Telephone:  (415) 693-2000
9  Facsimile:  (415) 693-2222
10
11 Attorneys for Defendant
   Space Exploration Technologies Corp.
12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NML CAPITAL, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP., et al.,<br><br>Defendants. | Case No. CV 14-02262-SVW (Ex)<br><br>*[Assigned to the Hon. Stephen V. Wilson]*<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:  March 25, 2014<br><br>Current Response Date: April 15, 2014<br><br>New Response Date: May 15, 2014 |

COOLEY LLP
ATTORNEYS AT LAW
SANTA MONICA

105893945 v1

**L.R. 8-3 STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
**CV 14-02262-SVW (Ex)**

Plaintiff NML Capital, Ltd. ("NML"), by and through its undersigned attorneys, and defendant Space Exploration Technologies Corporation ("SpaceX"), by and through its undersigned attorneys, stipulate as follows:

1. NML served SpaceX with the Complaint in this civil action on March 25, 2014;

2. SpaceX's response to the Complaint is currently due on April 15, 2014;

3. NML and SpaceX hereby stipulate and agree that SpaceX's deadline to answer, move, or otherwise respond to the Complaint shall be extended through May 15, 2014;

4. Good cause exists for this Stipulation because SpaceX's counsel was just hired and needs time to prepare its response to the Complaint; and

5. That the total extension of time provided to respond to the Complaint is not more than 30 days.

Dated: April 9, 2014

QUINN EMANUEL URQUHART & SULLIVAN, LLP
HAROLD A. BARZA

/s/ Harold A. Barza
Harold A. Barza
Attorneys for Plaintiff
NML Capital, Ltd.

Dated: April 9, 2014

COOLEY LLP
WILLIAM P. DONOVAN, JR.

/s/ William P. Donovan, Jr.
William P. Donovan, Jr.
Attorneys for Defendant
Space Exploration Technologies Corp.

COOLEY LLP
ATTORNEYS AT LAW
SANTA MONICA

105893945 v1

1.

L.R. 8-3 STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CV 14-02262-SVW (Ex)