1  COOLEY LLP

2  WILLIAM P. DONOVAN, JR. (SBN 155881)
   wdonovan@cooley.com
3  JOSEPH B. WOODRING (SBN 272940)
   jwoodring@cooley.com
4  1333 2nd Street, Suite 400
   Santa Monica, CA  90401
5  Telephone:  (310) 883-6400
   Facsimile:   (310) 883-6500
6
   MATTHEW D. CAPLAN (SBN 260388)
7  mcaplan@cooley.com
   101 California Street, 5th Floor
8  San Francisco, CA  94111-5800
   Telephone:  (415) 693-2000
9  Facsimile:   (415) 693-2222

10
   Attorneys for Defendant
11 Space Exploration Technologies Corp.

12                    UNITED STATES DISTRICT COURT

13                    CENTRAL DISTRICT OF CALIFORNIA

14

15 NML CAPITAL, LTD.,                    Case No. CV 14-02262-SVW (Ex)
16
                 Plaintiff,             *[Assigned to the Hon. Stephen V.*
17                                      *Wilson]*
18       v.                            **DEFENDANT SPACE
                                       EXPLORATION
19 SPACE EXPLORATION                   TECHNOLOGIES CORP.'S
   TECHNOLOGIES CORP., et al.,         LOCAL RULE 7.1-1 NOTICE OF
20                                     INTERESTED PARTIES**
21              Defendants.

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SANTA MONICA

105894140 v1

SPACEX'S L.R. 7.1-1 NOTICE OF
INTERESTED PARTIES
CV 14-02262-SVW (Ex)

1    The undersigned, counsel of record for defendant Space Exploration

2    Technologies Corporation ("SpaceX") certifies that the following parties may have

3    a direct, pecuniary interest in the outcome of this case.  These representations are

4    made to enable the Court to evaluate possible disqualifications or recusal.

5    Other than the named parties:

6    • None.

7

8    Dated:        April 9, 2014              COOLEY LLP
                                              WILLIAM P. DONOVAN, JR.
9

10                                            /s/ William P. Donovan, Jr.
11                                            William P. Donovan, Jr.
                                              Attorneys for Defendant
12                                            Space Exploration Technologies Corp.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SANTA MONICA

105894140 v1                           1.                    SPACEX'S L.R. 7.1-1 NOTICE OF
                                                             INTERESTED PARTIES
                                                             CV 14-02262-SVW (Ex)