COOLEY LLP
WILLIAM P. DONOVAN, JR. (SBN 155881)
wdonovan@cooley.com
JOSEPH B. WOODRING (SBN 272940)
jwoodring@cooley.com
1333 2nd Street, Suite 400
Santa Monica, CA  90401
Telephone:  (310) 883-6400
Facsimile:  (310) 883-6500

MATTHEW D. CAPLAN (SBN 260388)
mcaplan@cooley.com
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

Attorneys for Defendant
Space Exploration Technologies Corp.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NML CAPITAL, LTD.,<br><br>  Plaintiff,<br><br> v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP., et al.,<br><br>  Defendants. | Case No. CV 14-02262-SVW (Ex)<br><br>*[Assigned to the Hon. Stephen V. Wilson]*<br><br>**DEFENDANT SPACE EXPLORATION TECHNOLOGIES CORP.'S CORPORATE DISCLOSURE STATEMENT** |

COOLEY LLP
ATTORNEYS AT LAW
SANTA MONICA

105895133 v1

SPACEX'S CORPORATE
DISCLOSURE STATEMENT
CV 14-02262-SVW (Ex)

1 | Pursuant to its obligations under Federal Rule of Civil Procedure 7.1, defendant Space Exploration Technologies Corporation states that it has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Dated:     April 9, 2014             COOLEY LLP
                                     WILLIAM P. DONOVAN, JR.


                                     /s/ William P. Donovan, Jr.
                                     William P. Donovan, Jr.
                                     Attorneys for Defendant
                                     Space Exploration Technologies Corp.

COOLEY LLP
ATTORNEYS AT LAW
SANTA MONICA

105895133 v1                1.                SPACEX'S CORPORATE
                                              DISCLOSURE STATEMENT
                                              CV 14-02262-SVW (Ex)