COOLEY LLP
WILLIAM P. DONOVAN, JR. (SBN 155881)
wdonovan@cooley.com
JOSEPH B. WOODRING (SBN 272940)
jwoodring@cooley.com
1333 2nd Street, Suite 400
Santa Monica, CA  90401
Telephone:  (310) 883-6400
Facsimile:  (310) 883-6500

MATTHEW D. CAPLAN (SBN 260388)
mcaplan@cooley.com
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

Attorneys for Defendant
SPACE EXPLORATION TECHNOLOGIES CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NML CAPITAL, LTD., <br><br> Plaintiff, <br><br> v. <br><br> SPACE EXPLORATION TECHNOLOGIES CORP., et al., <br><br> Defendants. | Case No. CV 14-02262-SVW (Ex) <br><br> [*Assigned to the Hon. Stephen V. Wilson*] <br><br> **SPACE EXPLORATION TECHNOLOGIES CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS, AND NOTICE OF JOINDER IN THE REPUBLIC OF ARGENTINA'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1), AND 12(b)(6)** <br><br> Date:  June 30, 2014 <br> Time: 1:30 p.m. <br> Ctrm: 6 |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

106978139 v2/NAACTIVE

**SPACEX'S MOTION TO DISMISS**
**CV 14-02262-SVW (Ex)**

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF**
2  **RECORD, PLEASE TAKE NOTICE THAT** on June 30, 2014 at 1:30 p.m., or as
3  soon thereafter as the matter may be heard in Courtroom 6 of the above-entitled
4  Court, located at 312 North Spring Street, Los Angeles, CA 90012-4701, defendant
5  Space Exploration Technologies Corporation ("SpaceX")  will and hereby does
6  move this Court to dismiss NML Capital, Ltd.'s ("NML") Complaint with
7  prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1), and 12(b)(6).  In
8  doing so, SpaceX hereby joins in and adopts defendant The Republic of
9  Argentina's ("Argentina") motion to dismiss NML's Complaint, including
10 Argentina's memorandum of points and authorities, which is also currently set to be
11 heard in Courtroom 6 of the United States District Court for the Central District of
12 California, 312 North Spring Street, Los Angeles, California on June 30, 2014 at
13 1:30 p.m.  Argentina's motion will be filed today, May 15, 2014.
14       SpaceX has been sued as a co-defendant of Argentina, a sovereign foreign
15 state, and the *Comisión Nacional de Actividades Espaciales* of Argentina
16 ("CONAE"), and NML brings its claim for execution on the alleged contracts
17 between CONAE and SpaceX (the "Contracts") against all defendants.  (Cpt. ¶¶ 3,
18 7, 37.)  SpaceX hereby incorporates by reference the arguments raised in
19 Argentina's motion to dismiss and the supporting memorandum, and respectfully
20 requests that the Court dismiss the case with prejudice for lack of subject matter
21 jurisdiction under the Foreign Sovereign Immunities Act ("FSIA") for the reasons
22 stated in that motion.
23       As demonstrated in Argentina's motion to dismiss, the Complaint is barred
24 by the FSIA both because NML improperly seeks to reach the alleged property of
25 CONAE, and because the Contracts are immune from execution under the FSIA.
26 The FSIA's bar as to Argentina and CONAE necessarily leads to dismissal of this
27 action against SpaceX, too, as NML's claim against SpaceX is predicated on the
28 Court's ability to reach the Contracts.  If NML cannot execute upon the Contracts,

then there can be no creditor's claim against SpaceX. Cal. Code Civ. Proc. § 708.210 (creditor's claims only available as to "property interest[s] or debt[s]" that can be "applied to the satisfaction of [a] money judgment.") For the reasons set forth herein, and in Argentina's motion to dismiss, the Court should dismiss NML's complaint with prejudice.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 8, and May 12, 2014.

Dated: May 15, 2014          COOLEY LLP

/s/ William P. Donovan, Jr.
William P. Donovan, Jr.

Attorneys for Defendant
Space Exploration Technologies Corp.

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

106978139 v2/NAACTIVE

2.

SPACEX'S MOTION TO DISMISS
CV 14-02262-SVW (Ex)