1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NML CAPITAL, LTD.,<br><br>          Plaintiff,<br><br>    v.<br><br>SPACE EXPLORATION<br>TECHNOLOGIES CORP., et al.,<br><br>          Defendants. | Case No. CV 14-02262-SVW (Ex)<br><br>*THE HON. STEPHEN V. WILSON*<br><br>**[PROPOSED] ORDER GRANTING SPACE EXPLORATION TECHNOLOGIES CORPORATION'S MOTION TO DISMISS**<br><br>Date:  June 30, 2014<br>Time: 1:30 p.m.<br>Ctrm: 6 |

Cooley LLP
Attorneys At Law
Los Angeles

[PROPOSED] ORDER GRANTING
SPACEX'S MOTION TO DISMISS
14-CV-02262-SVW (Ex)

1   Defendant Space Exploration Technologies Corporation's ("SpaceX) motion

2   to dismiss ("Motion") came on for hearing before this Court on June 30, 2014, at

3   1:30 p.m.  Having read and considered the Motion and memoranda filed by the

4   parties, and having heard the argument of counsel, the Court **GRANTS** SpaceX's

5   Motion.

6   The court hereby adopts and incorporates by reference its ruling on defendant

7   The Republic of Argentina's ("Argentina") motion to dismiss.  Argentina's motion

8   will be filed today, May 15, 2014.  For the same reasons that the Court grants

9   Argentina's motion, the Court grants SpaceX's Motion.

10   As a result, the Court dismisses plaintiff NML Capital, Ltd.'s Complaint in

11   its entirety with prejudice.

12

13   **IT IS SO ORDERED.**

14

15   Dated:  _____, 2014

16   _____
     *Hon. Stephen V. Wilson*
     United States District Judge

17

18

19   107032594 v1/NAACTIVE

20

21

22

23

24

25

26

27

28

Cooley LLP
Attorneys At Law
Los Angeles

1

[PROPOSED] ORDER GRANTING
SPACEX'S MOTION TO DISMISS
14-CV-02262-SVW (Ex)