| | |
|---|---|
| 1 | DONALD R. BROWN (Bar No. CA 156548) |
| | E-mail:  dbrown@manatt.com |
| 2 | CARL L. GRUMER (Bar No. CA 066045) |
| | E-mail: cgrumer@manatt.com |
| 3 | MANATT, PHELPS & PHILLIPS, LLP |
| | 11355 West Olympic Boulevard |
| 4 | Los Angeles, CA  90064-1614 |
| | Telephone:  (310) 312-4000 |
| 5 | Facsimile:  (310) 312-4224 |
| 6 | JONATHAN I. BLACKMAN (*Pro Hac Vice to be filed*) |
| | E-mail: jblackman@cgsh.com |
| 7 | CARMINE D. BOCCUZZI (*Pro Hac Vice to be filed*) |
| | E-mail: cboccuzzi@cgsh.com |
| 8 | MICHAEL M. BRENNAN (*Pro Hac Vice to be filed*) |
| | E-mail: mbrennan@cgsh.com |
| 9 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| | One Liberty Plaza |
| 10 | New York, NY  10006 |
| | Telephone:  (212) 225-2000 |
| 11 | Facsimile:  (212) 225-3999 |
| 12 | Attorneys for *Defendant* |
| | THE REPUBLIC OF ARGENTINA |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

| | |
|---|---|
| NML CAPITAL, LTD., | No.  14 CV 02262-SVW-Ex |
| Plaintiff, | [*Hon. Stephen V. Wilson*] |
| vs. | **NOTICE OF MOTION AND MOTION BY THE REPUBLIC OF ARGENTINA TO DISMISS COMPLAINT UNDER F.R.C.P 12(b)(1) AND (6); MEMORANDUM OF POINTS AND AUTHORITIES** |
| SPACE EXPLORATION TECHNOLOGIES CORP., aka SPACEX, a Delaware corporation; THE REPUBLIC OF ARGENTINA, a foreign state, including its *COMISIÓN NACIONAL DE ACTIVIDADES ESPACIALES*, aka CONAE, a political subdivision of the Argentine State; and DOES 1-10, | |
| Defendants. | [Filed concurrently with Declarations of Conrado F. Varotto and Donald R. Brown] |
| | Hearing Date:  June 30, 2014 |
| | Time:  1:30 p.m. |
| | Courtroom:  6 |
| | Compl. filed:  March 25, 2014 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 30, 2014, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 6 of the United States Courthouse, 312 N. Spring Street, Los Angeles, California, defendant the Republic of Argentina (the "Republic") will, and hereby does, move under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the Complaint of plaintiff NML Capital, Ltd. ("NML") with prejudice on the following grounds.

First, NML's Complaint, which seeks to apply toward the satisfaction of NML's judgments against the Republic the purported rights in a launch services contract of the Republic's space agency, Comisión Nacional de Actividades Espaciales ("CONAE"), does not adequately allege that CONAE, an "agency or instrumentality" under the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. Section 1603(b), is liable for the Republic's debts or that an exception to CONAE's jurisdictional immunity exists.  Second, even if CONAE were liable for the Republic's debts and subject to jurisdiction here, the Complaint fails to allege the existence of any CONAE property that is subject to execution under FSIA Section 1610(a), *i.e.*, CONAE property in the United States that CONAE is using for a commercial activity in the United States.  The Complaint thus fails to allege a basis for the Court to award NML its requested relief.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 that took place May 8 and 12, 2014.  During that conference, the parties discussed the grounds for this Motion, and NML's counsel indicated that they would oppose the relief requested.

This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, NML's Complaint, the concurrently filed Declarations of Conrado F. Varotto and Donald R. Brown and the exhibits thereto, and all such further oral and documentary evidence and argument as may be presented to the Court at or before the hearing on this motion.

| | | |
|---|---|---|
| 1 | Dated: May 15, 2014 | MANATT, PHELPS & PHILLIPS, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Donald R. Brown |
| | | Donald R. Brown |
| | | Attorneys for *Defendant* |
| 5 | | THE REPUBLIC OF ARGENTINA |
| 6 | | |
| 7 | | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| | | Jonathan I. Blackman |
| 8 | | Carmine D. Boccuzzi |
| | | Michael M. Brennan |
| 9 | | Attorneys for *Defendant* |
| | | THE REPUBLIC OF ARGENTINA |

312250420.1