DONALD R. BROWN (Bar No. CA 156548)
E-mail: dbrown@manatt.com
CARL L. GRUMER (Bar No. CA 066045)
E-mail: cgrumer@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

JONATHAN I. BLACKMAN (*Pro Hac Vice to be filed*)
E-mail: jblackman@cgsh.com
CARMINE D. BOCCUZZI (*Pro Hac Vice to be filed*)
E-mail: cboccuzzi@cgsh.com
MICHAEL M. BRENNAN (*Pro Hac Vice to be filed*)
E-mail: mbrennan@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

Attorneys for *Defendant*
THE REPUBLIC OF ARGENTINA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

| | |
|---|---|
| NML CAPITAL, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SPACE EXPLORATION TECHNOLOGIES CORP., aka SPACEX, a Delaware corporation; THE REPUBLIC OF ARGENTINA, a foreign state, including its *COMISIÓN NACIONAL DE ACTIVIDADES ESPACIALES*, aka CONAE, a political subdivision of the Argentine State; and DOES 1-10, <br><br> Defendants. | No. 14 CV 02262-SVW-Ex <br><br> [*Hon. Stephen V. Wilson*] <br><br> **DECLARATION OF DONALD R. BROWN** <br><br> [Filed concurrently with (1) Not. of Mot. and Mot. to Dismiss, and (2) Declaration of Conrado F. Varotto] <br><br> Hearing Date: June 30, 2014 <br> Time: 1:30 p.m. <br> Courtroom: 6 <br><br> Compl. filed: March 25, 2014 |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

312246050.1

DECLARATION OF DONALD R. BROWN

## DECLARATION OF DONALD R. BROWN

I, Donald R. Brown, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court and all courts of the State of California. I am a partner in the law firm of Manatt, Phelps & Phillips, LLP, attorneys of record for defendant the Republic of Argentina. I have personal knowledge of the facts set forth herein, and if called to testify, I could and would competently testify to those matters.

2. Attached as Exhibit A is a copy of an unpublished decision by the Supreme Court of the State of New York, Commercial Division, Westchester County, in *Brant Point, Ltd. v. The Republic of Congo*, No. 4238/04. The decision is dated December 12, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 15, 2014, in Los Angeles, California.

_____
DONALD R. BROWN

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

312246050.1

1  DECLARATION OF DONALD R. BROWN