# EXHIBIT A

1 MANATT, PHELPS & PHILLIPS, LLP
  DONALD R. BROWN (Bar No. CA 156548)
2 E-mail: dbrown@manatt.com
  CARL L. GRUMER (Bar No. CA 066045)
3 E-mail: cgrumer@manatt.com
  VIRAL MEHTA (Bar No. CA 261852)
4 E-mail: vmehta@manatt.com
  11355 West Olympic Boulevard
5 Los Angeles, CA 90064-1614
  Telephone: (310) 312-4000
6 Facsimile: (310) 312-4224

7 CLEARY GOTTLIEB STEEN & HAMILTON LLP
  JONATHAN I. BLACKMAN (*Pro Hac Vice* filed)
8 E-mail: jblackman@cgsh.com
  CARMINE D. BOCCUZZI (*Pro Hac Vice* filed)
9 E-mail: cboccuzzi@cgsh.com
  SARA A. SANCHEZ (*Pro Hac Vice* filed)
10 E-mail: ssanchez@cgsh.com
   One Liberty Plaza,
11 New York, NY 10006
   Telephone: (212) 225-2000
12 Facsimile: (212) 225-3999

13 Attorneys for *Defendant*
   THE REPUBLIC OF ARGENTINA
14

15              UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 17 NML CAPITAL, LTD., | No. CV11-03507-SJO (RZx) |
| 18 Plaintiff, | Hon. S. James Otero |
| 19 vs. | **DECLARATION OF CONRADO VAROTTO IN SUPPORT OF DEFENDANT THE REPUBLIC OF ARGENTINA'S OPPOSITION TO PLAINTIFF'S APPLICATION FOR RIGHT TO ATTACH ORDER AND WRIT OF ATTACHMENT** |
| 20 SPACEPORT SYSTEMS INTERNATIONAL, L.P., a Delaware limited partnership; THE REPUBLIC OF ARGENTINA, a foreign state; and DOES 1-10, | |
| 21 | |
| 22 | |
| 23 Defendants. | [Filed concurrently with: (1) Notice of Opp. and Claim of Exemp.; (2) Memo. of Points & Auth.; (3) Declarations of Oleh Jachno and Donald R. Brown] |
| 24 | |
| 25 | |
| 26 | Hearing date: May 23, 2011<br>Time: 10:00 a.m.<br>Courtroom: 1 |
| 27 | |
| 28 | Complaint filed: April 25, 2011 |

MANATT, PHELPS &
PHILLIPS, LLP     300248908.1                        DECLARATION OF CONRADO VAROTTO
ATTORNEYS AT LAW
  LOS ANGELES

## DECLARATION OF CONRADO F. VAROTTO

I, Conrado F. Varotto, declare as follows:

1. I am the Executive and Technical Director of the Comisión Nacional de Actividades Espaciales ("CONAE"), the Argentine agency in charge, inter alia, of planning, executing and evaluating Argentina's national space program for the peaceful use of space science and technology. As the Executive and Technical Director of CONAE, my responsibilities are those of a typical CEO, which include day-to-day executive and administrative tasks (such as hiring personnel and approving contracts) and all actions necessary to fulfill CONAE's purpose.

2. I have held the position of CONAE's CEO since February 1994. I have over 48 years of academic and professional experience in the area of applied science. Before joining CONAE, my professional and academic practice was in the field of material science and nuclear physics. For example, from 1976 to 1991, I was the founder and CEO of INVAP S.E., an Argentine high technology company that is currently engaged in the construction of satellites. In 1968 I received my doctorate in physics from the Balseiro's School of Physics and between February 1968 and December 1970 I was a Research Associate at the Materials Science Department at Stanford University. I have personal knowledge of the facts set forth in this Declaration, and I could and would competently testify to them if called as a witness.

3. I submit this Declaration to provide the Court with a description of the Aquarius/SAC-D satellite mission, in support of the Republic's Memorandum of Law in Opposition to Plaintiffs' Application for Right to Attach Order and Writ of Attachment.

4. The Aquarius/SAC-D project is an inter-governmental satellite mission, jointly developed by the National Aeronautics and Space Administration of the United States of America ("NASA") and CONAE, with the collaboration of

the *Agenzia Spaziale Italiana* (the Italian Space Agency, or "ASI"), the *Centre National d'Etudes Spatiales* (the French Centre for Space Studies or "CNES"), the Canadian Space Agency ("CSA"), the *Agencia Espacial Brasileira* (the Brazilian Space Agency or "AEB") and the *Instituto Nacional de Pesquisas Espaciais* (the Brazilian national institute of space research, or "INPE"). These national space agencies contributed to – and/or own – several of the components of the Aquarius/SAC-D satellite, including an Integrated L-Band Radiometer and Scatterometer, together known as the "Aquarius instrument," from NASA; a Radio Occultation Sounder for Atmosphere from ASI (Italy); two detectors "ICARE" and "SODAD" from CNES (France); and a New Infrared Sensor Technology jointly developed by CONAE and CSA (Canada). The Aquarius/SAC-D project, which is part of a long history of cooperation between NASA and CONAE, is part of NASA's Earth System Science Pathfinder (ESSP) program.

5.   The Aquarius/SAC-D platform was designed to accommodate the rigorous mechanical and electric requirements demanded by the extremely sensitive Aquarius Instrument, which is part of a $250 million investment of the United States government. All the instruments of the Aquarius/SAC-D satellite are physically and functionally inseparable from the integrated satellite platform as a whole; they cannot be separated from the platform without risking significant and potentially permanent damage to the observatory. It is therefore not feasible to separate the Aquarius instrument from the platform and recreate a new mission that would achieve the same scientific objectives. Opening the platform to remove any instrument would result in a complete loss of the environmental tests and certifications already conducted, and would destroy all the work done in the last ten months by dozens of scientists from around the world. It would also render the platform virtually useless for any future use.

6.   The primary science objectives of the Aquarius/SAC-D mission are to contribute to the understanding of the total Earth system and the effects of

natural and human-induced changes on the global environment. Once the satellite is in orbit, it will collect important scientific data concerning ocean salinity levels, which will provide scientists with long-term data critical to understanding global water cycles, ocean circulation, and climate control. The information obtained by the Aquarius/SAC-D satellite will, among other things, assist in the management of emergencies and natural or anthropogenic disasters such as forest and pasture fires, floods, volcanic eruptions, earthquakes, tornados, cyclones, hurricanes, landslides and hydrocarbon spills, in the prevention (including early warning), assistance and recovery stages. The environmental monitoring that the Aquarius/SAC-D satellite will conduct, including measurements of soil moisture on a large scale, will also have health applications, such as the creation of early warning systems for the onset and/or spread of disease. The success of the Aquarius/SAC-D mission will have applications that will benefit humankind in general, including preventing the loss of life and property in the event of natural disasters.

7. NASA and CONAE will distribute data obtained from the Aquarius/SAC-D to the scientific community from its websites at no cost. Data obtained from the Aquarius instrument will also be distributed from and archived at NASA's Physical Oceanography Distributed Active Archive Center at the Jet Propulsion Laboratory in Pasadena, California. This data will contribute significantly to improving computer generated models that are used to forecast future climate conditions. CONAE will receive no revenue from its participation in the Aquarius/SAC-D project.

8. Unlike satellites that are commonly used for commercial applications such as telecommunications satellites, or more basic scientific satellites that can be operated through smaller platforms, the Aquarius/SAC-D observatory was designed to serve specific scientific purposes. As a result, there is no market for the Aquarius/SAC-D satellite or its components, which were built following unique specifications. A specific platform such as the Aquarius /SAC-D has no

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

300249023.1                                3
DECLARATION OF CONRADO VAROTTO

value, commercial or otherwise, other than for the scientific use for which it was specifically designed.

9. The Aquarius/SAC-D satellite was flown from the airport of São Jose dos Campos, Brazil, where it was being tested, to Vandenberg Air Force Base in the United States, California, on two U.S. Air Force C17 aircraft provided by NASA, at which point NASA took possession of the satellite. The satellite is currently at the Vandenberg Air Force Base, where technicians working for NASA are conducting tests and preparing it for launch. NASA's Launch Services Program at the Kennedy Space Center in Florida is managing the launch. The satellite is scheduled to be moved by NASA on May 18, 2011 from its current location at Vanderberg Air Force Base to the launch site at the base, in continued preparation for launch. CONAE is not using the Aquarius/SAC-D satellite for any activity in the United States, and I understand that it has no right to do so.

10. It is vital for the success of the mission that the Aquarius/SAC-D satellite be launched into orbit on the scheduled launch date which has been set for June 9. Failure to meet the launch schedule would have a devastating impact on the mission and will result in millions of dollars in losses to all the national space agencies involved in the project, including NASA. An instrumental part of the design of a satellite depends on the characteristics of the launching vehicle. The Aquarius/SAC-D satellite is programmed to be launched into orbit on June 9 by the Delta II launch system. This is one of the last scheduled launches for Delta II. According to NASA's Launch Manifest, there are two missions scheduled to be launched with the Delta II in August and October, but using a different configuration, after which the Delta II will be dismantled and replaced by another NASA launch vehicle. Preventing the launch at the scheduled date would require keeping the Delta II launch system which, even if it were possible (which is not certain), would result in extremely high costs that the mission cannot afford. This would put the viability of the mission at serious risk, with irreparable loss to the

300249023.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

4

DECLARATION OF CONRADO VAROTTO

entire scientific community. The mission requirements impose a short five minute launch window every day. If the launch date is delayed for any reason other than the normal contingencies of the launch of a satellite, it will result in complications that the mission will, most likely, be unable to afford to resolve.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 2, 2011, in Buenos Aires, Argentina.

_____
Conrado F. Varotto