1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT

| | |
|---|---|
| NML CAPITAL, LTD., | No. 14 CV 02262-SVW-Ex |
| Plaintiff, | [*Hon. Stephen V. Wilson*] |
| vs. | **[PROPOSED] ORDER GRANTING MOTION BY THE REPUBLIC OF ARGENTINA TO DISMISS COMPLAINT UNDER F.R.C.P 12(b)(1) AND (6)** |
| SPACE EXPLORATION TECHNOLOGIES CORP., aka SPACEX, a Delaware corporation; THE REPUBLIC OF ARGENTINA, a foreign state, including its *COMISIÓN NACIONAL DE ACTIVIDADES ESPACIALES*, aka CONAE, a political subdivision of the Argentine State; and DOES 1-10, | Hearing Date:  June 30, 2014<br>Time:  1:30 p.m.<br>Courtroom:  6 |
| | Compl. filed:  March 25, 2014 |
| Defendants. | |

1  Upon consideration of the motion by defendant the Republic of Argentina (the "Republic") to dismiss the Complaint of plaintiff NML Capital, Ltd. with prejudice under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), which was fully briefed and presented for hearing on June 30, 2014,

**IT IS HEREBY ORDERED THAT**:

1.  Comisión Nacional de Actividades Espaciales ("CONAE"), an "agency or instrumentality" under the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. Section 1603(b), is separate from the Republic and thus not liable for its debts, and is immune from U.S. court jurisdiction in connection with the claim asserted in the Complaint against the Republic;

2.  In addition, even if subject matter jurisdiction over this action existed and CONAE were liable for the Republic's debts, the Complaint fails to allege the existence of any CONAE property that is subject to execution under FSIA Section 1610(a), *i.e.*, CONAE property in the United States that CONAE is using for a commercial activity in the United States.  The Complaint thus fails to allege a basis for the Court to award NML its requested relief;

3.  The Court accordingly lacks subject matter jurisdiction over the action, and the Complaint fails to state a claim upon which relief can be granted; and

4.  The Complaint should be, and hereby is, dismissed with prejudice.

Dated:  June     , 2014

_____
Hon. Stephen V. Wilson
UNITED STATES DISTRICT JUDGE