QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Harold A. Barza (Bar No. 80888)
  halbarza@quinnemanuel.com
  Bruce E. Van Dalsem (Bar No. 124128)
  brucevandalsem@quinnemanuel.com
  Ian S. Shelton (Bar No. 264863)
  ianshelton@quinnemanuel.com
  Matthew S. Hosen (Bar No. 291631)
  matthosen@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

*Of Counsel:*

DECHERT LLP
  Robert A. Cohen
  robert.cohen@dechert.com
1095 Avenue of the Americas
New York, NY 10036
Telephone:   (212) 698-3500
Facsimile:   (212) 698-3599

Attorneys for Plaintiff NML Capital, Ltd.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NML CAPITAL, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SPACE EXPLORATION TECHNOLOGIES CORP., aka SPACEX, a Delaware corporation; THE REPUBLIC OF ARGENTINA, a foreign state, including its *COMISIÓN NACIONAL DE ACTIVIDADES ESPACIALES*, aka CONAE, a political subdivision of the Argentine State; and DOES 1-10, <br><br> Defendants. | CASE NO. CV 14-02262-SVW (Ex) <br><br> [*Assigned to the Honorable Stephen V. Wilson*] <br><br> **STIPULATION REGARDING THE BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS THE COMPLAINT** |

1 | WHEREAS, on April 9, 2014, Plaintiff NML Capital, Ltd. ("NML") and
2 | Defendant Space Exploration Technologies Corporation ("SpaceX") entered into a
3 | stipulation pursuant to L.R. 8-3 setting May 15, 2014 as the deadline for SpaceX to
4 | answer or otherwise respond to NML's Complaint in this action;

5 | WHEREAS, on May 8, 2014, the attorneys representing NML, SpaceX, and
6 | Defendant Republic of Argentina ("Argentina") participated in a conference of
7 | counsel pursuant to L.R. 7-3, in which the parties discussed the substance of
8 | Defendants' contemplated motions to dismiss;

9 | WHEREAS, on May 12, 2014, the attorneys representing NML, SpaceX, and
10 | Argentina participated in a follow-up conference of counsel regarding the substance
11 | of Defendants' contemplated motions to dismiss, and agreed upon a briefing
12 | schedule that they believe is necessary to fully and fairly address the issues to be
13 | raised in Defendants' motions to dismiss;

14 | WHEREAS, Defendants Argentina and SpaceX filed their motions to dismiss
15 | on May 15, 2014; and

16 | THEREFORE, the parties, through their undersigned counsel, hereby
17 | stipulate and agree, subject to the Court's approval, to the following briefing and
18 | hearing schedule on Defendants' motions to dismiss:

19 |     1.    Plaintiff NML's opposition brief to Defendants' motions to dismiss
20 | shall be filed on or before June 5, 2014;

21 |     2.    Defendants' reply briefs in support of their motions to dismiss shall be
22 | filed on or before June 16, 2014; and

23 |     3.    The hearing on Defendants' motions to dismiss shall be scheduled for
24 | June 30, 2014, or some later date convenient to the Court.  Counsel for SpaceX and
25 | Argentina have scheduling conflicts that would prevent them from attending any
26 | hearing scheduled on July 7 or 14.  Consequently, the next available hearing date
27 | after June 30 when counsel for all parties could attend is July 21, 2014.

28 |

DATED: May 16, 2014            COOLEY LLP
    William P. Donovan, Jr.


By   /s/ William P. Donovan, Jr.
    William P. Donovan, Jr.
    Attorneys for Defendant
    Space Exploration Technologies Corp.


DATED: May 16, 2014            MANATT, PHELPS & PHILLIPS, LLP
    Donald R. Brown


By   /s/ Donald R. Brown
    Donald R. Brown
    Attorneys for Defendant
    Republic of Argentina


DATED: May 16, 2014            QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
    Harold A. Barza
    Bruce E. Van Dalsem
    Ian S. Shelton
    Matthew S. Hosen


By   /s/ Harold A. Barza
    Harold A. Barza
    Attorneys for Plaintiff
    NML Capital, Ltd.