Name and address:
Carmine D. Boccuzzi
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NML Capital, Ltd.<br><br>v.<br>Space Exploration Technologies Corp., and the Republic of Argentina<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br><br>2:14-cv-02262-SVW-Ex<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Boccuzzi, Carmine D.
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-225-2508          212-225-3999
*Telephone Number*     *Fax Number*

cboccuzzi@cgsh.com
*E-Mail Address*

of

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

The Republic of Argentina

*Name(s) of Party(ies) Represented*

☐ Plaintiff   ☒ Defendant   ☐ Other: _____

**and designating as Local Counsel**

Brown, Donald R.
*Designee's Name (Last Name, First Name & Middle Initial)*

156548
*Designee's Cal. Bar Number*

310-312-4318
*Telephone Number*

310-312-4224
*Fax Number*

of

Manatt, Phelps & Phillips, LLP
11355 W. Olympic Blvd.
Los Angeles, CA 90064

*Firm Name & Address*

dbrown@manatt.com
*E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED.**
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED,** for failure to pay the required fee.

**Dated** _____            _____
                                              U.S. District Judge/U.S. Magistrate Judge