# EXHIBIT A

**Auzenne, Terrie**

| | |
|---|---|
| From: | paygovadmin@mail.doc.twai.gov |
| Sent: | Tuesday, May 20, 2014 11:24 AM |
| To: | Auzenne, Terrie |
| Subject: | Pay.gov Payment Confirmation: CACD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CACD CM/ECF Helpdesk at (213) 894-0242.

Application Name: CACD CM ECF
Pay.gov Tracking ID: 25FQRSF1
Agency Tracking ID: 0973-13838225
Transaction Type: Sale
Transaction Date: May 20, 2014 2:24:06 PM

Account Holder Name: Edith Gould
Transaction Amount: $325.00
Billing Address: 11355 West Olympic Boulevard
State/Province: CA
Zip/Postal Code: 90064-1614
Country: USA
Card Type: MasterCard
Card Number: ************3511

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.