Name and address:
Michael M. Brennan
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| NML Capital, Ltd. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:14-cv-02262-SVW-Ex |
| v. Space Exploration Technologies Corp., and the Republic of Argentina | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Brennan, Michael M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

212-225-2117    212-225-3999
*Telephone Number   Fax Number*

mbrennan@cgsh.com
*E-Mail Address*

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

The Republic of Argentina

*Name(s) of Party(ies) Represented*    ☐ Plaintiff   ☒ Defendant   ☐ Other: ____

and designating as Local Counsel

Brown, Donald R.
*Designee's Name (Last Name, First Name & Middle Initial)*

of

Manatt, Phelps & Phillips, LLP
11355 W. Olympic Blvd.
Los Angeles, CA  90064

156548    310-312-4318
*Designee's Cal. Bar Number   Telephone Number*

310-312-4224
*Fax Number*

*Firm Name & Address*

dbrown@manatt.com
*E-Mail Address*

hereby ORDERS the Application be:

☐ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated _____

_____
**U.S. District Judge/U.S. Magistrate Judge**