Name and address:
Jonathan I. Blackman
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NML Capital, Ltd. | CASE NUMBER |
| | 2:14-cv-02262-SVW-Ex |
| Plaintiff(s) | |
| v. | |
| Space Exploration Technologies Corp., and the Republic of Argentina | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Blackman, Jonathan I.
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-225-2490             212-225-3999
*Telephone Number*       *Fax Number*

jblackman@cgsh.com
*E-Mail Address*

of   Cleary Gottlieb Steen & Hamilton LLP
     One Liberty Plaza
     New York, New York 10006

     *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

The Republic of Argentina

*Name(s) of Party(ies) Represented*        ☐ Plaintiff   ☒ Defendant   ☐ Other: _____

**and designating as Local Counsel**

Brown, Donald R.
*Designee's Name (Last Name, First Name & Middle Initial)*

156548                   310-312-4318
*Designee's Cal. Bar Number*   *Telephone Number*

                         310-312-4224
                         *Fax Number*

of   Manatt, Phelps & Phillips, LLP
     11355 W. Olympic Blvd.
     Los Angeles, CA  90064

     *Firm Name & Address*

     dbrown@manatt.com
     *E-Mail Address*

**hereby ORDERS the Application be:**

☐ GRANTED.
☐ DENIED.  Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated
_____

_____
U.S. District Judge/U.S. Magistrate Judge