FILED
CLERK, U.S. DISTRICT COURT
MAY 20, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NML CAPITAL, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SPACE EXPLORATION TECHNOLOGIES CORP., aka SPACEX, a Delaware corporation; THE REPUBLIC OF ARGENTINA, a foreign state, including its *COMISIÓN NACIONAL DE ACTIVIDADES ESPACIALES*, aka CONAE, a political subdivision of the Argentine State; and DOES 1-10, <br><br> Defendants. | CASE NO. CV 14-02262-SVW (Ex) <br><br> **[PROPOSED] ORDER GRANTING THE STIPULATION REGARDING THE BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS THE COMPLAINT** |

Plaintiff NML Capital, Ltd. ("Plaintiff") and Defendants Space Exploration Technologies Corp. and the Republic of Argentina (collectively, "Defendants") have filed a Stipulation Regarding the Briefing Schedule on Defendants' Motions to Dismiss the Complaint ("the Stipulation"). Having considered the Stipulation, the Court GRANTS the briefing schedule set forth in the Stipulation and the hearing date, as follows:

1     (1)    Plaintiff's opposition brief to Defendants' motions to dismiss shall be filed on or before June 5, 2014;

    (2)    Defendants' reply briefs in support of their motions to dismiss shall be filed on or before June 16, 2014; and

    (3)    the hearing on Defendants' motions to dismiss shall be scheduled for June 30, 2014.

**IT IS SO ORDERED.**

DATED:   May 20  , 2014

_____
Honorable Stephen V. Wilson
United States District Court Judge

-2-  Case No. CV 14-02262-SVW (Ex)
[PROPOSED] ORDER RE JOINT STIPULATION REGARDING THE BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS