Name and address:
Carmine D. Boccuzzi
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

```
FILED
CLERK, U.S. DISTRICT COURT
MAY 21, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| NML Capital, Ltd. | CASE NUMBER |
|---|---|
| Plaintiff(s) v. | 2:14-cv-02262-SVW-Ex |
| Space Exploration Technologies Corp., and the Republic of Argentina    Defendant(s). | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Boccuzzi, Carmine D.
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-225-2508          212-225-3999
*Telephone Number*    *Fax Number*

cboccuzzi@cgsh.com
*E-Mail Address*

of Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
*Firm Name & Address*

for permission to appear and participate in this case on behalf of

The Republic of Argentina

*Name(s) of Party(ies) Represented*      ☐ Plaintiff   ☒ Defendant   ☐ Other: _____

and designating as Local Counsel

Brown, Donald R.
*Designee's Name (Last Name, First Name & Middle Initial)*

156548            310-312-4318
*Designee's Cal. Bar Number*   *Telephone Number*

310-312-4224
*Fax Number*

of Manatt, Phelps & Phillips, LLP
11355 W. Olympic Blvd.
Los Angeles, CA  90064
*Firm Name & Address*

dbrown@manatt.com
*E-Mail Address*

hereby ORDERS the Application be:

☒ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated  May 21, 2014

STEPHEN V. WILSON

*/s/ Stephen V. Wilson/*

U.S. District Judge/~~U.S. Magistrate Judge~~