Name and address:
Jonathan I. Blackman
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006



FILED
CLERK, U.S. DISTRICT COURT

MAY 21, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

NML Capital, Ltd.

Plaintiff(s)

v.

Space Exploration Technologies Corp., and the Republic of Argentina

Defendant(s).

CASE NUMBER

2:14-cv-02262-SVW-Ex

(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Blackman, Jonathan I.
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-225-2490
*Telephone Number*

212-225-3999
*Fax Number*

jblackman@cgsh.com
*E-Mail Address*

of

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

The Republic of Argentina

Name(s) of Party(ies) Represented

☐ Plaintiff    ☒ Defendant    ☐ Other: _____

and designating as Local Counsel

Brown, Donald R.
*Designee's Name (Last Name, First Name & Middle Initial)*

156548
*Designee's Cal. Bar Number*

310-312-4318
*Telephone Number*

310-312-4224
*Fax Number*

of

Manatt, Phelps & Phillips, LLP
11355 W. Olympic Blvd.
Los Angeles, CA 90064

*Firm Name & Address*

dbrown@manatt.com
*E-Mail Address*

hereby ORDERS the Application be:

☒ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated   May 21, 2014

STEPHEN V. WILSON

/s/ Stephen V. Wilson

U.S. District Judge/~~U.S. Magistrate Judge~~