Name and address:
Steven A. Engel
1900 K Street, N.W.
Washington, D.C. 20006

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

NML CAPITAL, LTD.

Plaintiff(s)

v.

SPACE EXPLORATION TECHNOLOGIES CORP., AKA SPACEX, a Delaware corporation, et al.

Defendant(s).

CASE NUMBER

14 CV 02262-SVW-Ex

## (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Engel, Steven A.

*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 261-3000

*Telephone Number*

(202) 261-3143

*Fax Number*

Steven.Engel@dechert.com

*E-Mail Address*

of   Dechert, LLP
1900 K Street, N.W.
Washington, D.C. 20006

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

NML Capital, Ltd.

*Name(s) of Party(ies) Represented*

☒ *Plaintiff*   ☐ *Defendant*   ☐ *Other:*

**and designating as Local Counsel**

Barza, Harold A.

*Designee's Name (Last Name, First Name & Middle Initial)*

80888

*Designee's Cal. Bar Number*

(213) 443-3000

*Telephone Number*

(213) 443-3100

*Fax Number*

of   Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

*Firm Name & Address*

halbarza@quinnemanuel.com

*E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED.**

☐ **DENIED.  Fee shall be returned by the Clerk.**

☐ **DENIED, for failure to pay the required fee.**

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**