Name and address:

Matthew D. Slater

Cleary Gottlieb Steen & Hamilton LLP

2000 Pennsylvania Avenue, NW

Washington, D.C.  20006

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| NML Capital, Ltd., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:14-cv-02262-SVW-Ex |
| v. | |
| Space Exploration Technologies Corp. and the Republic of Argentina | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE*** |
| Defendant(s). | |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Slater, Matthew D.                                    of     Cleary Gottlieb Steen & Hamilton LLP
*Applicant=s Name (Last Name, First Name & Middle Initial)*      2000 Pennsylvania Avenue, NW
                                                                 Washington, D.C.  20006
202-974-1930              202-974-1999
*Telephone Number*           *Fax Number*
mslater@cgsh.com
             *E-Mail Address*                               *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

The Republic of Argentina

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff*   ☒ *Defendant*   ☐ *Other:*_____

**and designating as Local Counsel**

Brown, Donald R.                                    of     Manatt, Phelps & Phillips, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*     11355 W. Olympic Boulevard
                                                               Los Angeles, CA  90064
156548                    310-312-4318
*Designee's Cal. Bar Number*  *Telephone Number*

                          310-312-4224    -
                          *Fax Number*                         *Firm Name & Address*
                                                                     dbrown@manatt.com
                                                                      *E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED**.
☐ **DENIED.**  Fee shall be returned by the Clerk.
☐ **DENIED.**  For failure to pay the required fee.

**Dated** _____

                                                          **U.S. District Judge/U.S. Magistrate Judge**