Name and address:

Matthew D. Slater
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NML Capital, Ltd., <br><br> v.            Plaintiff(s) <br><br> Space Exploration Technologies Corp. and the Republic of Argentina <br><br> Defendant(s). | CASE NUMBER <br><br> 2:14-cv-022262-SVW-EX <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Slater, Matthew D.          of   Cleary Gottlieb Steen & Hamilton LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   One Liberty Plaza
202-974-1930      202-974-1999   New York, New York 10006
*Telephone Number*   *Fax Number*
mslater@cgsh.com      *Firm Name & Address*
*E-Mail Address*

**for permission to appear and participate in this case on behalf of**

The Republic of Argentina

*Name(s) of Party(ies) Represented*     ☐ Plaintiff   ☒ Defendant   ☐ Other: _____

**and designating as Local Counsel**

Brown, Donald R.          of   Manatt, Phelps & Phillips, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   11355 W. Olympic Boulevard
156548      310-312-4318   Los Angeles, CA 90064
*Designee's Cal. Bar Number*   *Telephone Number*
     310-312-4224   *Firm Name & Address*
     *Fax Number*
          *E-Mail Address*

**hereby ORDERS the Application be:**

☐ GRANTED.

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED, for failure to pay the required fee.

Dated _____      _____
          U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (06/13)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1

