# Brown, Donald

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Friday, June 27, 2014 5:23 PM |
| **To:** | McArn, Hunter |
| **Subject:** | Pay.gov Payment Confirmation: CACD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CACD CM/ECF Helpdesk at (213) 894-0242.

Application Name: CACD CM ECF
Pay.gov Tracking ID: 25GDH9V6
Agency Tracking ID: 0973-14039115
Transaction Type: Sale
Transaction Date: Jun 27, 2014 8:22:51 PM

Account Holder Name: Edith Gould
Transaction Amount: $325.00
Billing Address: 11355 West Olympic Boulevard Zip/Postal Code: 90064-1614
Country: USA
Card Type: MasterCard
Card Number: ************3511


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.