| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

| 1. NAME<br>Matthew Hosen | 2. PHONE NUMBER<br>213-443-3164 | 3. DATE<br>June 30, 2014 |
|---|---|---|

| 4. FIRM NAME:   Quinn Emanuel Urquhart & Sullivan | 5. E-MAIL ADDRESS:   matthosen@quinnemanuel.com | | |
|---|---|---|---|

| 6. MAILING ADDRESS<br>865 South Figueroa Street, 10th Floor | 7. CITY<br>Los Angeles | 8. STATE<br>CA | 9. ZIP CODE<br>90017 |
|---|---|---|---|

| 10. CASE NUMBER<br>2:14-cv-02262-SVW-E | 11. CASE NAME<br>NML Capital Ltd.  v Space Exploration Technologies Corp. et al. | 12. JUDGE<br>Hon. Stephen Wilson |
|---|---|---|

| 13. APPEAL CASE NUMBER | 14. ORDER FOR     ☐ APPEAL     ☑ NON-APPEAL     ☐ CRIMINAL JUSTICE ACT |
|---|---|
|  | ☐ IN FORMA PAUPERIS     ☐ AUSA     ☐ FPD     ☑ OTHER Motion |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| June 30, 2014 | Deborah K. Gackle | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Hearing Transcript re Motions to Dismiss |
|  |  | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
|  |  | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
|  |  | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
|  |  | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

16. ORDER:  IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1<br>(original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | 19. Transcription agency for digitally recorded proceedings: | |

| (CERTIFICATION 17 & 18)<br>By signing the below, I certify that I will pay all charges (deposit plus additional). | 20. Month:          Day:          Year:<br>Transcript payment arrangements were made with: |
|---|---|
| 17. DATE:     June 30, 2014 | NAME OF OFFICIAL: _____<br>Payment of estimated transcript fees were sent on the following date: |
| 18. SIGNATURE: | Month:          Day:          Year: |

G-120 (09/12)