Name and address:
Steven A. Engel
1900 K Street, N.W.
Washington, D.C. 20006

**FILED**
CLERK, U.S. DISTRICT COURT
JUL 1, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NML CAPITAL, LTD.<br><br>Plaintiff(s)<br>v.<br>SPACE EXPOLORATION TECHNOLOGIES CORP., AKA SPACEX, a Delaware corporation, et al.<br><br>Defendant(s). | CASE NUMBER<br>14 CV 02262-SVW-Ex<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Engel, Steven A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of

Dechert, LLP
1900 K Street, N.W.
Washington, D.C. 20006
*Firm Name & Address*

(202) 261-3000         (202) 261-3143
*Telephone Number*    *Fax Number*

Steven.Engel@dechert.com
*E-Mail Address*

for permission to appear and participate in this case on behalf of

NML Capital, Ltd.

*Name(s) of Party(ies) Represented*    ☒ Plaintiff   ☐ Defendant   ☐ Other: _____

and designating as Local Counsel

Barza, Harold A.
*Designee's Name (Last Name, First Name & Middle Initial)*

of

Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
*Firm Name & Address*

80888               (213) 443-3000
*Designee's Cal. Bar Number*   *Telephone Number*
                    (213) 443-3100
                    *Fax Number*

halbarza@quinnemanuel.com
*E-Mail Address*

hereby ORDERS the Application be:

☒ **GRANTED.**
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated   July 1, 2014

STEPHEN V. WILSON

*[signature]*

U.S. District Judge/~~U.S. Magistrate Judge~~

G–64 ORDER (06/13)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1