Name and address:

Matthew D. Slater

Cleary Gottlieb Steen & Hamilton LLP

2000 Pennsylvania Avenue, NW

Washington, D.C.  20006

FILED
CLERK, U.S. DISTRICT COURT
JUL 1, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NML Capital, Ltd.,<br><br>Plaintiff(s)<br>v.<br>Space Exploration Technologies Corp. and the Republic of Argentina<br><br>Defendant(s). | CASE NUMBER<br>2:14-cv-02262-SVW-Ex<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE* |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Slater, Matthew D.                              of    Cleary Gottlieb Steen & Hamilton LLP
*Applicant=s Name (Last Name, First Name & Middle Initial)*   2000 Pennsylvania Avenue, NW
                                                              Washington, D.C.  20006
202-974-1930           202-974-1999
*Telephone Number*      *Fax Number*
mslater@cgsh.com
*E-Mail Address*                                *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

The Republic of Argentina

*Name(s) of Party(ies) Represented*         ☐ *Plaintiff*   ☒ *Defendant*   ☐ *Other:*_____

**and designating as Local Counsel**

Brown, Donald R.                              of    Manatt, Phelps & Phillips, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   11355 W. Olympic Boulevard
                                                             Los Angeles, CA  90064
156548              310-312-4318
*Designee's Cal. Bar Number*   *Telephone Number*

                    310-312-4224   -
                    *Fax Number*                *Firm Name & Address*
                                                dbrown@manatt.com
                                                *E-Mail Address*

**hereby ORDERS the Application be:**

☒ **GRANTED**.                                  STEPHEN V. WILSON
☐ **DENIED.  Fee shall be returned by the Clerk.**
☐ **DENIED.  For failure to pay the required fee.**

**Dated**   July 1, 2014                        */s/ Stephen V. Wilson*

                                                **U.S. District Judge**/~~U.S. Magistrate Judge~~