UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:14-cv-02262-SVW-E | Date | June 30, 2014 |
|---|---|---|---|
| Title | NML Capital Ltd v. Space Exploration Technologies Corp. et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Harold A Barza | William P Donovan |
| Matthew S Hosen | Donald R Brown |
| Steven Engel | Carl Grumer |
| Ian S. Shelton | Matthew D Slater |

**Proceedings:**    [17] MOTION to Dismiss defendant Space Exploration Technologies Corp. and Notice of Joinder in the Republic of Argentina's Motion to Dismiss filed by defendant Space Exploration Technologies Corp
[18] MOTION to Dismiss Complaint Under F.R.C.P. 12(b)(1) and (6) The Republic of Argentina

Hearing held. The motions are submitted. Order to issue.

|  | : | 32 |
|---|---|---|
| | Initials of Preparer | PMC |