UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

--- 

THE HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE PRESIDING

| | |
|---|---|
| NML CAPITAL LIMITED, ET AL., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CV 14-2262-SVW |
| ) | |
| ) | |
| SPACE EXPLORATION TECHNOLOGIES,) | |
| CORP., ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

LOS ANGELES, CALIFORNIA

MONDAY, JUNE 30, 2014

_____

DEBORAH K. GACKLE, CSR, RPR
United States Courthouse
312 North Spring Street, Room 402A
Los Angeles, California 90012
(213) 620-1149

```
 1   APPEARANCES OF COUNSEL:

 2

 3

 4      For the Plaintiff:

 5

 6           Ian Scott Shelton
             Harold A Barza
 7           Matthew Hosen
             Quinn Emanuel Urquhart and Sullivan LLP
 8           865 South Figueroa Street 10th Floor
             Los Angeles, CA 90017-2543
 9           213-443-3211
             Fax: 213-443-3100
10           Email: halbarza@quinnemanuel.com

11

12

13           Steven A Engel
             Dechert LLP
14           1900 K Street NW
             Washington, DC 20006
15           202-261-3000
             Fax: 202-261-3143
16           Email: Steven.Engel@dechert.com

17

18

19      For the Defendant:

20

21           William P Donovan, Jr
             Cooley LLP
22           1333 2nd Avenue Suite 400
             Santa Monica, CA 90401
23           310-883-6435
             Fax: 310-883-6500
24           Email: wdonovan@cooley.com

25
```

U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
COURT REPORTER DEBORAH K. GACKLE

1   **APPEARANCES (CONTINUED):**

2

3

4            Carl Grumer
             Donald R Brown
5            Manatt Phelps and Phillips LLP
             11355 West Olympic Boulevard
6            Los Angeles, CA 90064-1614
             310-312-4000
7            Fax: 310-312-4224
             Email: dbrown@manatt.com
8

9

10           Michael Brennan
             Matthew D Slater
11           Cleary Gottlieb Steen and Hamilton LLP
             2000 Pennsylvania Avenue NW 9th Floor
12           Washington, DC 20006
             202-974-1930
13           Fax: 202-971-1999
             Email: mslater@cgsh.com
14

15

16

17

18                          – – – –

19

20

21

22

23

24

25

```
 1        LOS ANGELES, CALIFORNIA; MONDAY, JUNE 30, 2014; 1:35 P.M.

 2                              - - - -

 3

 4            THE CLERK:  Item 4, CV 14-2262-SVW, NML Capital,

 5   Limited v. Space Exploration Technologies Corp., et al.

 6            Counsel, please state your appearances.

 7            MR. BARZA:  Good afternoon, Your Honor.  Harold Barza

 8   of Quinn Emanuel for NML.

 9            MR. ENGEL:  Good afternoon, Your Honor.  Steve Engel,

10   Dechert LLP for plaintiff NML, as well.

11            MR. SHELTON:  Good afternoon, Your Honor.  Ian

12   Shelton for plaintiff NML Capital from Quinn Emanuel.

13            MR. HOSEN:  Good afternoon, Your Honor.  Matthew

14   Hosen from Quinn Emanuel for NML capital, plaintiff.

15            MR. DONOVAN:  Good afternoon, Your Honor.  Bill

16   Donovan on behalf of SpaceX.

17            MR. BROWN:  Good afternoon, Your Honor.  Donald Brown

18   of Manatt Phelps and Phillips on behalf of the defendant, the

19   Republic of Argentina.

20            MR. SLATER:  Good afternoon.  Matt Slater, Cleary

21   Gottlieb, on behalf the Republic of Argentina.  Here with my

22   colleague Mike Brennan.

23            MR. GUMER:  Good afternoon, Your Honor.  Carl Grumer

24   for the Republic of Argentina.

25            THE COURT:  I first want to ask some questions of the
```

```
 1    Republic of Argentina.

 2              Who speaks for --

 3              MR. SLATER:  Your Honor, Matthew Slater.  I'll be

 4    speaking on behalf of the republic.

 5              THE COURT:  Yes.  Now, the contract with SpaceX, I

 6    want to get a better understanding of exactly what's involved.

 7              My understanding is that it was a contract to reserve

 8    a spot with SpaceX to launch a satellite for Argentina; is that

 9    correct?

10              MR. SLATER:  Your Honor, let me preface this by

11    saying I have not seen the contract, but my understanding is

12    slightly different --

13              THE COURT:  How is it that you haven't seen the

14    contract?

15              MR. SLATER:  I'm saying I personally have not.

16              THE COURT:  Who has seen it?

17              MR. SLATER:  Other counsel have --

18              THE COURT:  I want to speak to the -- would you take

19    the lectern and identify yourself.

20              MR. DONOVAN:  Your Honor, Bill Donovan for SpaceX.

21              THE COURT:  Okay.  Yes.  Can you tell me -- and, of

22    course, this is subject to my examination, but at least I want

23    to get your interpretation -- is that agreement between SpaceX

24    and Argentina an agreement where, for a fee from Argentina to

25    SpaceX, SpaceX reserved a use of its rocket for launching a
```

1  satellite for Argentina?

2          MR. DONOVAN:  That's correct.

3          THE COURT:  And when the rocket actually is launched

4  for the satellite, is there an additional fee?  In other words,

5  the fee that Argentina paid, was that just to reserve the right

6  to launch the rocket, or was it a fee that encompassed, sort

7  of -- what's the term? -- I can't think of the term, but was it

8  to allow Argentina to actually use the rocket?

9          MR. DONOVAN:  Correct, Your Honor.  My understanding

10  is the intent was to actually pay a fee, not just to reserve

11  the right but actually launch the satellites.

12          THE COURT:  Is that in the contract?  Was there any

13  mechanism whereby the Republic of Argentina could change its

14  mind, withdraw?

15          MR. DONOVAN:  I believe the answer is no, Your Honor.

16          THE COURT:  Do you know that for a --

17          MR. DONOVAN:  I don't have the contract in front of

18  me; some of the lawyers for the Republic may.

19          THE COURT:  Yes, but your sense of it is that it was

20  a binding agreement.

21          MR. DONOVAN:  Absolutely.

22          THE COURT:  I see.  And no further monies were due

23  and payable at a later time.

24          MR. DONOVAN:  There may be additional monies that are

25  due and payable under the contract, but the contract is

1    explicit that the rights are given just to Argentina and no

2    other entity, and it's not assignable.

3             THE COURT:  I see.  Stay there for a second.  Thank

4    you.

5             Let me turn back to the Republic of Argentina.

6             MR. SLATER:  Yes, Your Honor.

7             THE COURT:  Was Argentina to use the satellite

8    strictly for governmental purposes?  In other words, for

9    accumulating data, weather information, whatever, for the

10   benefit of the Republic of Argentina and its citizens, or was

11   there a private purpose?

12            MR. SLATER:  No, this was -- again, as in the case

13   with the Space*port* case, a cooperative venture with other

14   foreign governments for governmental purposes.

15            THE COURT:  I see.  Okay.  Thank you.

16            Let me turn now to NML.  Some of the issues are

17   already decided, so we need not review them.

18            The two issues that are of concern are the

19   applicability of the so-called core test and whether there are

20   disputed facts involved in that test and what the disputed

21   facts may be.  And the other question, of course, is "used for

22   commercial purposes," and the question that the court has is,

23   first, if the satellite itself was to be used for governmental

24   purposes, how could it possibly meet the test of being used for

25   commercial purposes in the United States?  Now, of course I am

1   aware of the reference in the Supreme Court case to the Army

2   contract for boots and so forth, but looking at the statute

3   itself, the question I have, in part, is can the statute be

4   read to require a commercial purpose -- a commercial use, and

5   is the term "purpose" in the statute included so as to limit

6   the ability of a party to label something a commercial use when

7   it isn't a commercial use or vice versa?  And then, of course,

8   the second part is -- the cases say it has to be used for

9   commercial purposes in the United States, and the agreement is

10  for a use in the future, arguably.  That is the launching of

11  the satellites in 2015 and 2016.

12          So how could that background meet the test of having

13  been used for commercial purpose in the United States?  Of

14  course, I realize you don't have to -- wouldn't have to reach

15  the commercial purpose test if the court found that the -- that

16  core test wasn't met.  But let's pass on the core test for the

17  minute and go to the commercial purpose test.

18          MR. BARZA:  Yes, Your Honor.  Thank you.

19          I think there are two threads that you were raising

20  for me to address, and the first one is a temporal point:  Do

21  they have to be using it now as opposed to in the future, and I

22  would submit that they are using it right now.  They're holding

23  active executory contract rights to do a launch in 2015, but

24  that gives them certain rights right now that they are

25  exercising.  One of those is a restriction on SpaceX's ability

```
 1    to offer that launch site to someone else.  Also, we understand

 2    there are ongoing interactions between SpaceX and Argentina,

 3    and I think discovery would show that.

 4              THE COURT:  What would it show it?

 5              MR. BARZA:  I believe there are ongoing activities

 6    between them related to the launch:  The exchange of

 7    information, talking about launch sites, weights, things like

 8    that, and I think that's an ongoing use of those contractual

 9    rights, and discovery, I think, would show that.  Further, I

10    think holding those rights now maintaining that slot is an

11    active use.

12              In addition, there are cases indicating that you

13    don't have to be using the asset every minute to qualify for

14    commercial use.  There's a case we cite from the Second Circuit

15    by Judge Cabranes.  It's the NML case, I think from 2012.  That

16    involved an attachment of an account that was held by an

17    Argentinian subdivision that was using it to buy scientific

18    equipment in the states for shipment to people overseas, and

19    Judge Griesa in the district court held that that was a

20    commercial use because they were using the funds in the account

21    to buy things, and the Second Circuit affirmed that, and it's

22    one of the cases cited.

23              THE COURT:  What about the -- at least facial

24    disconnect between the use of the satellite for governmental

25    purposes and the notion that that still could be used for
```

1    commercial purpose?

2         Can you explain that --

3         MR. BARZA:  Yes, I would like to.  Thank you.

4         The point of the test is you look at whether the

5    activity is commercial.  The statute doesn't say use for a

6    commercial activity  -- I'm sorry -- for a commercial purpose,

7    it says "use for a commercial activity," and if you look at the

8    statute itself, 28 U.S.C. 1603, it defines "commercial

9    activity," and what it says is "Commercial activity means

10   either a regular course of commercial conduct or a particular

11   commercial transaction or act.  The commercial character of an

12   activity shall be determined by reference to the nature of the

13   course of conduct or particular transaction or act rather than

14   by reference to its purpose."

15        Now, when --

16        THE COURT:  That's the phrase that seems less clear

17   to me.  Can you --

18        MR. BARZA:  Yes, in two ways:  First of all, in that

19   same opinion in the Second Circuit, there was an issue about

20   whether the funds that were being used by this subdivision of

21   the Argentinian government to buy scientific equipment was

22   commercial activity, and the argument from Argentina was it's

23   not commercial activity because they're buying the scientific

24   equipment to do government experiments and advance government

25   purposes.  The Second Circuit said that doesn't matter.  What

```
 1   matters is whether or not they're buying things that other

 2   people buy in a commercial transaction.  That's using it for --

 3            THE COURT:  It's like the Army boot case.

 4            MR. BARZA:  That's similar to the Army boot case,

 5   Your Honor.

 6            In addition, I have a copy -- if I could approach --

 7   of the legislative history which is cited in the briefs, in

 8   which the house report states at page -- I'll just read it --

 9            THE COURT:  What is the cite to the --

10            MR. BARZA:  This is House Report -- I'm sorry.  I

11   don't have my glasses -- Foreign Sovereign Immunities Act of

12   1976, House Report No. 94-1487, September 9th, 1976, to

13   accompany House Report 11315 and then Senate report (Judiciary

14   Committee)  No. 94-1310, September 27th, 1976.

15            THE COURT:  Why don't you, perhaps, summarize or read

16   what you think is pertinent.

17            MR. BARZA:  What's pertinent is when they talk about

18   the commercial activity definition, they say, "... a contract

19   by a foreign government to buy provisions" --

20            THE COURT:  Slower.

21            MR. BARZA:  Sorry.  I apologize.

22            THE COURT:  Start again.

23            MR. BARZA:  Thank you.

24            "Thus, a contract by a foreign government to buy

25   provisions or equipment for its Armed Forces or to construct
```

1    government building constitutes a commercial activity.  The

2    same would be true of a contract to make repairs on an embassy

3    building.  Such contract should be considered to be commercial

4    contracts even if their ultimate objective is to further a

5    public function."

6              Now, making repairs on an embassy is like launching a

7    satellite.  You can say the embassy is performing a

8    governmental function, et cetera, but the repairs on it are

9    commercial.  Similarly, regardless of what they're using the

10   satellite for, the launch services are a separate commercial

11   right, and that is commercial activity.

12             THE COURT:  Thank you.

13             Let me hear from the Republic of Argentina.

14             MR. SLATER:  I think that what you've just heard

15   typifies the fallacy of the argument that's been made on the

16   other side, and it reads out of the statute the words "used for

17   a commercial purpose."  The example that Your Honor mentioned

18   that was just referenced by Mr. Barza -- Barza?

19             MR. BARZA:  Barza.

20             MR. SLATER:  Barza.  I'm sorry, sir.

21             MR. BARZA:  No problem.

22             MR. SLATER:  -- concerning a contract for provisions

23   of the Army is dealing with the question of whether there is a

24   commercial activity which itself would affect a waiver of

25   immunity based upon which the sovereign could be sued as to

 1    that activity.  It says nothing as to the use of the proceeds

 2    or the ultimate product of that contract and whether that

 3    product could itself be subject to execution.

 4             The execution remedy turns on a different section,

 5    section 1610(a), which speaks to not just a commercial activity

 6    or something that arose from a commercial activity, but whether

 7    it is property used in the United States for a commercial

 8    activity.

 9             And so to take the government contract case, if the

10    military contracted to buy bullets --

11             THE COURT:  Which military?

12             MR. SLATER:  A foreign sovereign contracted to buy

13    bullets in the United States, and there was a dispute with the

14    company from which it was buying those bullets, that would be

15    deemed a commercial activity upon which the sovereign could be

16    sued in the United States court.  It says nothing as to whether

17    in some other unrelated context somebody else could come along

18    and try to execute on those bullets if they're simply

19    maintained in the United States, or indeed if they're to be

20    shipped to the sovereign's military for use in a war, at which

21    point it's clearly property to be used for a noncommercial

22    purpose.

23             And so -- I don't want to belabor what I think the

24    court has made clear as already familiar, but it is helpful to

25    recap the prior litigation between these parties concerning the

 1   satellites themselves, where this court, albeit through Judge

 2   Otero, quite helpfully synthesized the decisions of the various

 3   circuits, including especially the Ninth Circuit in Af-Cap,

 4   with respect to the meaning of that term "used for a commercial

 5   activity."

 6              THE COURT:  Wasn't Judge Otero dealing with a

 7   different right?  I mean, he wasn't dealing with this issue.

 8              MR. SLATER:  He was dealing with the satellites

 9   themselves --

10              THE COURT:  Right.

11              MR. SLATER:  -- and now they're trying to do, in

12   effect, an end run around that by saying somehow the contract

13   is distinguishable.  And if I may, I'd like to run through the

14   key elements of the test as articulated in that case.

15              First, again focusing on the term "used for," the

16   circuit court explained that "used for" doesn't mean simply

17   possession, it means putting into action, putting into service,

18   availing for or employed for a commercial activity.

19              THE COURT:  So in this case, if the satellite had

20   been launched -- well, I guess once it's launched, it wouldn't

21   be susceptible to execution because it was already launched.

22              MR. SLATER:  Correct.

23              THE COURT:  So what if one of the satellites had been

24   launched and the other hadn't, would that change the analysis?

25              MR. SLATER:  No, Your Honor, because, first of all,

1    there's a question of whether there's any property being used

2    at all in the United States.  And in its complaint, what NML

3    alleged was that private parties may contract for launch

4    services, and therefore CONAE's purchase of private launch

5    services is a commercial activity.  Now, that is contradicted,

6    again, by the prior decision where the court, again, following

7    the Af-Cap decision in the Ninth Circuit, said it's not

8    sufficient simply to be in possession of the property, it must

9    be property that's being used for a commercial purpose; it must

10   be active employment for that purpose at the time that the writ

11   is sought; and third, how the property was generated is totally

12   irrelevant.  So the fact that a private party might contract

13   for launch services tells you nothing about what use is being

14   made by the Republic of Argentina or C.O.N.A.E., as the case

15   is, in this instance.

16          So regardless of whether that contract is the product

17   of a commercial activity, that activity is at an end, and the

18   contract now exists.  It's not being used for the purpose of

19   entering into a contract, it is a contract.  And just as in the

20   prior case, it was irrelevant whether the satellites were

21   assembled -- and the assembly of a satellite might be deemed to

22   be a commercial activity, that activity was at an end, and the

23   question was for what use was it to be put.

24          Now, again, Judge Otero said no use is being made

25   now, and that's the case with this contract, too.  If their

1  argument were correct, then any piece of property which

2  necessarily includes rights of exclusion would be used by the

3  holder, would be a current use, and there never would be

4  immunity under the execution clause of 1610 (a), and that

5  simply is not how anybody has ever read this statute before.

6          So the first point is that the contract is not being

7  used for any purpose, but then if you think, well, you have to

8  look down the road and in what way might the contract be put

9  into action, it would be put into action in service of the

10  launch of satellites which are specific and which are for

11  governmental purposes.

12          And going back again to the language of 1603, the

13  definitional language that was recited previously, the court

14  has instructed to look at the nature not just of a single

15  activity, but to a course of activity, because that's what is

16  at issue here.  Now we're looking to a course of activity.

17  What is the activity in which this will be used, availed of,

18  over a course of time?  If it's relevant to look to the future

19  at all, you have to look to that future activity of the

20  satellites themselves, which will be outside of the United

21  States but, in any event, would not be used for a commercial

22  purpose.

23          I think that's --

24          THE COURT:  Thank you.  Let me give the plaintiffs an

25  opportunity to respond, if they wish.

```
1              MR. BARZA:  Thank you, Your Honor.

2              Your Honor, the property at issue here is not the

3    satellite, it's commercial contract rights.  They're being used

4    right now to maintain the spot, and that property can only be

5    used for one function.  Unlike a -- cash, which is generic and

6    could conceivably used for 100 different reasons, this right

7    only has one use it can be put to, and that's to maintain the

8    launch site and launch the satellite.  They said it can't even

9    be canceled.  So I think the property really only has a

10   commercial use here.

11             THE COURT:  Let me ask you -- I'm switching gears

12   because I think I've heard the arguments.

13             On the question of the core function, the defendants

14   maintain that the -- well, I guess it's the plaintiff that

15   maintains that the agency, C.O.N.A.E. -- do I say that

16   correctly?  I guess that's the acronym -- C-O-N-A-E.  I call it

17   "C.O.N.A.E."

18             Is that the way you pronounce it, C.O.N.A.E.?

19             MR. BARZA:  We called it the National Commission, but

20   I do think they pronounce it that way.

21             MR. DONOVAN:  C.O.N.A.E., Your Honor.

22             THE COURT:  C.O.N.A.E. -- is whether C.O.N.A.E., even

23   if it is a public entity, as that term is understood, is

24   C.O.N.A.E. sort of self-funding, self-managing, and that's part

25   of the case law test -- and the Ninth Circuit has adopted that.
```

```
 1          So what disputed facts exist on that question?

 2          MR. BARZA:  Your Honor, we believe the facts as

 3  alleged are sufficient, but the disputed facts would go to how

 4  C.O.N.A.E., or the National Commission, is funded; whether

 5  they're actually generating any meaningful revenues at all.  We

 6  don't believe they are.  We think the bulk, if not all, of

 7  their revenues from the government budget; we think their

 8  budgets are approved through the government, so their

 9  self-sufficiency would be something to be explored for sure.

10  Their independence from the government might be a factor to be

11  looked at, but I must admit that we believe that under the core

12  function test, we've already passed that bar, if you would,

13  because their purposes are governmental.  As we read the *Cubic*

14  decision in  particular, that is the start and end of the

15  analysis for the core function test.  The *Cubic* case says even

16  if they weren't financially dependent on the government, it

17  wouldn't matter.  You should look at footnote ten there, too,

18  but I think *Cubic* makes it clear.

19          THE COURT:  Let me ask the same question of the

20  Republic of Argentina.

21          MR. SLATER:  Your Honor, the Supreme Court in the

22  *Bancheck* case in footnote 27 specifically said that whether you

23  can disregard the separate assistance of a governmental entity

24  may not turn on whether it's serving a governmental purpose.

25  So must be something more and different than that.
```

```
 1              In this case, from the governmental decree that
 2    created C.O.N.A.E. many, many, many years ago, it's clear on
 3    the face of it -- and this is incorporated into their
 4    complaint -- that C.O.N.A.E. is a juridical entity; it can sue
 5    and be sued in its own name; it can contract in its own name;
 6    it's governed by a board of directors and managed by a
 7    professional CEO; it has a separate budget and must obtain
 8    financing on its own and not solely from the government; and it
 9    carries out space research and development policy which is
10    governmental in nature but certainly not a core function as has
11    been deemed by the other cases that dealt with that issue.
12              THE COURT:  What if the plaintiff in discovery was
13    able to show that most of the financing for the agency,
14    C.O.N.A.E., came from the government and that its autonomy, in
15    terms of what it could research, how it could function, was
16    dictated by the government?  Couldn't that change the mix?
17              MR. SLATER:  Only if they could show that they could
18    pierce the vail in the way that *Bancheck* says that you may, and
19    those facts would not be sufficient to do so.
20              Your Honor, the core function test has been used to
21    try to identify circumstances when a nominally separate entity
22    is so inseparable from the sovereign itself that you can only
23    say that it is the sovereign itself.  So the examples -- and
24    the only examples of which we're aware -- are the military, or
25    things like the Treasury, not independent agencies like the
```

```
 1   space agency or a medical research entity or other sorts of

 2   separate entities, which, again, have separate juridical

 3   status.  And, again, under 1603, it's not necessary that it be

 4   corporate in form, it's sufficient that it be a separate

 5   juridical entity.  The fact that it has a separate board of

 6   directors is quite important; the fact that it has a

 7   professional executive who manages the entity is quite

 8   important; and that's, again, undisputed plain on the face of

 9   the decree itself that it can contract in its own name and, in

10   fact, in this case.  The contracts that they're claiming to

11   have an interest in are contracts that were entered into by

12   C.O.N.A.E., not by the Republic of Argentina.

13           THE COURT:  All right.  I think I have enough to

14   think about, and I'm going to take the matter under submission

15   and issue an order.  Thank you.

16           MR. SLATER:  Thank, Your Honor.

17           MR. BARZA:  Thank you.

18           (Proceedings concluded at 2:10 p.m.)

19                       - - - - -

20

21

22

23

24

25
```

1           C E R T I F I C A T E

2

3        I hereby certify that pursuant to Section 753,

4  Title 18, United States Code, the foregoing is a true and

5  correct transcript of the stenographically reported proceedings

6  held in the above-entitled matter and that the transcript page

7  format is in conformance with the regulations of the Judicial

8  Conference of the United States.

9

10   Date:

11

12              /S/_____

13                   Deborah K. Gackle
                     CSR No. 7106
14

15

16

17

18

19

20

21

22

23

24

25

**/**

/S [1] 21/12

**1**

100 [1] 17/6
10th [1] 2/8
11315 [1] 11/13
11355 [1] 3/5
1149 [1] 1/25
1310 [1] 11/14
1333 [1] 2/2
14-2262-SVW [2] 1/9 4/4
1487 [1] 11/12
1603 [3] 10/8 16/12 20/3
1610 [2] 13/5 16/4
1614 [1] 3/6
18 [1] 21/4
1900 [1] 2/14
1930 [1] 3/12
1976 [3] 11/12 11/12 11/14
1999 [1] 3/13
1:35 [1] 4/1

**2**

2000 [1] 3/11
20006 [2] 2/14 3/12
2012 [1] 9/15
2014 [2] 1/18 4/1
2015 [2] 8/11 8/23
2016 [1] 8/11
202-261-3000 [1] 2/15
202-261-3143 [1] 2/15
202-971-1999 [1] 3/13
202-974-1930 [1] 3/12
213 [1] 1/25
213-443-3100 [1] 2/9
213-443-3211 [1] 2/9
2543 [1] 2/8
27 [1] 18/22
27th [1] 11/14
28 U.S.C [1] 10/8
2:10 [1] 20/18
2nd [1] 2/22

**3**

30 [2] 1/18 4/1
3000 [1] 2/15
310-312-4000 [1] 3/6
310-312-4224 [1] 3/7
310-883-6435 [1] 2/23
310-883-6500 [1] 2/23
3100 [1] 2/9
312 [1] 1/24
3143 [1] 2/15
3211 [1] 2/9

**4**

400 [1] 2/22
4000 [1] 3/6
402A [1] 1/24
4224 [1] 3/7

**6**

620-1149 [1] 1/25
6435 [1] 2/23
6500 [1] 2/23

**7**

7106 [1] 21/13
753 [1] 21/3

**8**

865 [1] 2/8

**9**

90017 [1] 1/24
90017-2543 [1] 2/8
90064-1614 [1] 3/6
90401 [1] 2/22
9th [2] 3/11 11/12

**A**

ability [2] 8/6 8/25
able [1] 19/13
about [6] 9/7 9/23 10/19 11/17 15/13 20/14
above [1] 21/6
above-entitled [1] 21/6
Absolutely [1] 6/21
accompany [1] 11/13
account [2] 9/16 9/20
accumulating [1] 7/9
acronym [1] 17/16
act [3] 10/11 10/13 11/11
action [3] 14/17 16/9 16/9
active [3] 8/23 9/11 15/10
activities [1] 9/5
activity [29]
actually [5] 6/3 6/8 6/10 6/11 18/5
addition [2] 9/12 11/6
additional [2] 6/4 6/24
address [1] 8/20
admit [1] 18/11
adopted [1] 17/25
advance [1] 10/24
Af [2] 14/3 15/7
Af-Cap [2] 14/3 15/7
affect [1] 12/24
affirmed [1] 9/21
afternoon [8] 4/7 4/9 4/11 4/13 4/15 4/17
  4/20 4/23
again [10] 7/12 11/22 14/15 15/6 15/6 15/24
  16/12 20/2 20/3 20/8
agencies [1] 19/25
agency [3] 17/15 19/13 20/1
ago [1] 19/2
agreement [4] 5/23 5/24 6/20 8/9
al [3] 1/7 1/11 4/5
albeit [1] 14/1
all [7] 10/18 14/25 15/2 16/19 18/5 18/6
  20/13
alleged [2] 15/3 18/3
allow [1] 6/8
along [1] 13/17
already [4] 7/17 13/24 14/21 18/12
Also [1] 9/1
am [1] 7/25
analysis [2] 14/24 18/15
ANGELES [5] 1/17 1/24 2/8 3/6 4/1
answer [1] 6/15
any [6] 6/12 15/1 16/1 16/7 16/21 18/5
anybody [1] 16/5
apologize [1] 11/21
appearances [3] 2/1 3/1 4/6
applicability [1] 7/19
approach [1] 11/6
approved [1] 18/8
are [22]
Argentina [21] 4/19 4/21 4/24 5/1 5/8 5/24
  5/24 6/1 6/5 6/8 6/13 7/1 7/5 7/7 7/10 9/2
  10/22 12/13 15/14 18/20 20/12
Argentinian [2] 9/17 10/21
arguably [1] 8/10
argument [3] 10/22 12/15 16/1
arguments [1] 17/12
Armed [1] 11/25
Army [4] 8/1 11/3 11/4 12/23

arose [1] 13/6
around [1] 14/12
articulated [1] 14/14
as [15] 4/10 7/12 8/5 8/21 12/25 13/1 13/16
  13/24 14/14 15/14 15/19 17/23 18/2 18/13
  19/10
ask [3] 4/25 17/11 18/19
assembled [1] 15/21
assembly [1] 15/21
asset [1] 9/13
assignable [1] 7/2
assistance [1] 18/23
at [20] 5/22 6/23 8/2 9/23 10/4 10/7 11/8
  13/20 15/2 15/10 15/17 15/22 16/14 16/16
  16/19 17/2 18/5 18/11 18/17 20/18
attachment [1] 9/16
autonomy [1] 19/14
availed [1] 16/17
availing [1] 14/18
Avenue [2] 2/22 3/11
aware [2] 8/1 19/24

**B**

back [2] 7/5 16/12
background [1] 8/12
Bancheck [2] 18/22 19/18
bar [1] 18/12
Barza [6] 2/6 4/7 12/18 12/18 12/19 12/20
based [1] 12/25
be [46]
because [7] 9/20 10/23 14/21 14/25 16/15
  17/12 18/13
been [6] 8/13 12/15 14/20 14/23 19/11 19/20
before [1] 16/5
behalf [4] 4/16 4/18 4/21 5/4
being [9] 7/24 10/20 15/1 15/9 15/13 15/18
  15/24 16/6 17/3
belabor [1] 13/23
believe [5] 6/15 9/5 18/2 18/6 18/11
benefit [1] 7/10
better [1] 5/6
between [5] 5/23 9/2 9/6 9/24 13/25
Bill [2] 4/15 5/20
binding [1] 6/20
board [2] 19/6 20/5
boot [2] 11/3 11/4
boots [1] 8/2
Boulevard [1] 3/5
Brennan [2] 3/10 4/22
briefs [1] 11/7
Brown [2] 3/4 4/17
budget [2] 18/7 19/7
budgets [1] 18/8
building [2] 12/1 12/3
bulk [1] 18/6
bullets [4] 13/10 13/13 13/14 13/18
but [20] 5/11 5/22 6/7 6/11 6/19 6/25 8/2
  8/16 8/23 12/8 13/6 13/24 16/7 16/15 16/21
  17/19 18/3 18/11 18/18 19/10
buy [8] 9/17 9/21 10/21 11/2 11/19 11/24
  13/10 13/12
buying [3] 10/23 11/1 13/14

**C**

C-O-N-A-E [1] 17/16
C.O.N.A.E [13] 15/14 17/15 17/17 17/18
  17/21 17/22 17/22 17/24 18/4 19/2 19/4
  19/14 20/12
CA [3] 2/8 2/22 3/6
Cabranes [1] 9/15
CALIFORNIA [4] 1/2 1/17 1/24 4/1
call [1] 17/16
called [2] 7/19 17/19

# C

came [1] 19/11
can [12] 5/21 8/3 10/2 10/17 12/7 17/4 17/7
 18/23 19/4 19/5 19/22 20/9
can't [2] 6/7 17/8
canceled [1] 17/9
Cap [2] 14/3 15/7
capital [4] 1/7 4/4 4/12 4/14
Carl [2] 3/4 4/23
carries [1] 19/9
case [18] 7/12 7/13 8/1 9/14 9/15 11/3 11/4
 13/9 14/14 14/19 15/14 15/20 15/25 17/25
 18/15 18/22 19/1 20/10
cases [4] 8/8 9/12 9/22 19/11
cash [1] 17/5
CENTRAL [1] 1/2
CEO [1] 19/7
certain [1] 8/24
certainly [1] 19/10
certify [1] 21/3
cetera [1] 12/8
cgsh.com [1] 3/13
change [3] 6/13 14/24 19/16
character [1] 10/11
circuit [8] 9/14 9/21 10/19 10/25 14/3 14/16
 15/7 17/25
circuits [1] 14/3
circumstances [1] 19/21
cite [2] 9/14 11/9
cited [2] 9/22 11/7
citizens [1] 7/10
claiming [1] 20/10
clause [1] 16/4
clear [4] 10/16 13/24 18/18 19/2
clearly [1] 13/21
Cleary [2] 3/11 4/20
Code [1] 21/4
colleague [1] 4/22
come [1] 13/17
commercial [46]
Commission [2] 17/19 18/4
Committee [1] 11/14
company [1] 13/14
complaint [2] 15/2 19/4
CONAE's [1] 15/4
conceivably [1] 17/6
concern [1] 7/18
concerning [2] 12/22 13/25
concluded [1] 20/18
conduct [2] 10/10 10/13
Conference [1] 21/8
conformance [1] 21/7
considered [1] 12/3
constitutes [1] 12/1
construct [1] 11/25
context [1] 13/17
CONTINUED [1] 3/1
contract [30]
contracted [2] 13/10 13/12
contracts [3] 12/4 20/10 20/11
contractual [1] 9/8
contradicted [1] 15/5
Cooley [1] 2/21
cooley.com [1] 2/24
cooperative [1] 7/13
copy [1] 11/6
core [8] 7/19 8/16 8/16 17/13 18/11 18/15
 19/10 19/20
CORP [2] 1/11 4/5
corporate [1] 20/4
correct [6] 5/9 6/2 6/9 14/22 16/1 21/5
correctly [1] 17/16

could [14] 6/13 7/24 8/12 9/25 11/6 12/25
 13/13 13/15 13/17 17/6 19/15 19/15 19/17
 19/17
Couldn't [1] 19/16
counsel [3] 2/1 4/6 5/17
course [10] 5/22 7/21 7/25 8/7 8/14 10/10
 10/13 16/15 16/16 16/18
court [12] 1/1 7/22 8/1 8/15 9/19 13/16 13/24
 14/1 14/16 15/6 16/13 18/21
Courthouse [1] 1/23
created [1] 19/2
CSR [2] 1/23 21/13
Cubic [3] 18/13 18/15 18/18
current [1] 16/3
CV [2] 1/9 4/4

# D

data [1] 7/9
Date [1] 21/10
dbrown [1] 3/7
DC [2] 2/14 3/12
dealing [4] 12/23 14/6 14/7 14/8
dealt [1] 19/11
DEBORAH [1] 1/23 21/13
Dechert [2] 2/13 4/10
dechert.com [1] 2/16
decided [1] 7/17
decision [3] 15/6 15/7 18/14
decisions [1] 14/2
decree [2] 19/1 20/9
deemed [3] 13/15 15/21 19/11
defendant [2] 2/19 4/18
defendants [2] 1/12 17/13
defines [1] 10/8
definition [1] 11/18
definitional [1] 16/13
dependent [1] 18/16
determined [1] 10/12
development [1] 19/9
dictated [1] 19/16
different [5] 5/12 13/4 14/7 17/6 18/25
directors [2] 19/6 20/6
disconnect [1] 9/24
discovery [3] 9/3 9/9 19/12
dispute [1] 13/13
disputed [4] 7/20 7/20 18/1 18/3
disregard [1] 18/23
distinguishable [1] 14/13
district [4] 1/1 1/2 1/5 9/19
do [8] 6/16 8/20 8/23 10/24 14/11 17/15
 17/20 19/19
doesn't [3] 10/5 10/25 14/16
don't [7] 6/17 8/14 9/13 11/11 11/15 13/23
 18/6
Donald [2] 3/4 4/17
Donovan [3] 2/21 4/16 5/20
down [1] 16/8
due [2] 6/22 6/25

# E

effect [1] 14/12
either [1] 10/10
elements [1] 14/14
else [2] 9/1 13/17
Email [5] 2/10 2/16 2/24 3/7 3/13
Emanuel [4] 2/7 4/8 4/12 4/14
embassy [3] 12/2 12/6 12/7
employed [1] 14/18
employment [1] 15/10
encompassed [1] 6/6
end [4] 14/12 15/17 15/22 18/14
Engel [2] 2/13 4/9
enough [1] 20/13

entered [1] 20/11
entering [1] 15/19
entities [1] 20/2
entitled [1] 21/6
entity [8] 7/2 17/23 18/23 19/4 19/21 20/1
 20/5 20/7
equipment [4] 9/18 10/21 10/24 11/25
especially [1] 14/3
et [4] 1/7 1/11 4/5 12/8
et cetera [1] 12/8
even [4] 12/4 17/8 17/22 18/15
event [1] 16/21
ever [1] 16/5
every [1] 9/13
exactly [1] 5/6
examination [1] 5/22
example [1] 12/17
examples [2] 19/23 19/24
exchange [1] 9/6
exclusion [1] 16/2
execute [1] 13/18
execution [4] 13/3 13/4 14/21 16/4
executive [1] 20/7
executory [1] 8/23
exercising [1] 8/25
exist [1] 18/1
exists [1] 15/18
experiments [1] 10/24
explain [1] 10/2
explained [1] 14/16
explicit [1] 7/1
EXPLORATION [2] 1/10 4/5
explored [1] 18/9

# F

face [2] 19/3 20/8
facial [1] 9/23
fact [4] 15/12 20/5 20/6 20/10
factor [1] 18/10
facts [6] 7/20 7/21 18/1 18/2 18/3 19/19
fallacy [1] 12/15
familiar [1] 13/24
Fax [5] 2/9 2/15 2/23 3/7 3/13
fee [5] 5/24 6/4 6/5 6/6 6/10
Figueroa [1] 2/8
financially [1] 18/16
financing [2] 19/8 19/13
first [7] 4/25 7/23 8/20 10/18 14/15 14/25
 16/6
Floor [2] 2/8 3/11
focusing [1] 14/15
following [1] 15/6
footnote [2] 18/17 18/22
for a [1] 6/16
Forces [1] 11/25
foregoing [1] 21/4
foreign [5] 7/14 11/11 11/19 11/24 13/12
form [1] 20/4
format [1] 21/7
forth [1] 8/2
found [1] 8/15
front [1] 6/17
function [9] 12/5 12/8 17/5 17/13 18/12
 18/15 19/10 19/15 19/20
funded [1] 18/4
funding [1] 17/24
funds [2] 9/20 10/20
further [3] 6/22 9/9 12/4
future [4] 8/10 8/21 16/18 16/19

# G

GACKLE [2] 1/23 21/13
gears [1] 17/11

## G

generated [1] 15/11
generating [1] 18/5
generic [1] 17/5
get [2] 5/6 5/23
give [1] 16/24
given [1] 7/1
gives [1] 8/24
glasses [1] 11/11
go [2] 8/17 18/3
going [2] 16/12 20/14
Good [8] 4/7 4/9 4/11 4/13 4/15 4/17 4/20 4/23
Gottlieb [2] 3/11 4/21
governed [1] 19/6
government [14] 10/21 10/24 10/24 11/19 11/24 12/1 13/9 18/7 18/8 18/10 18/16 19/8 19/14 19/16
governmental [11] 7/8 7/14 7/23 9/24 12/8 16/11 18/13 18/23 18/24 19/1 19/10
governments [1] 7/14
Griesa [1] 9/19
Grumer [2] 3/4 4/23
guess [3] 14/20 17/14 17/16

## H

had [2] 14/19 14/23
hadn't [1] 14/24
halbarza [1] 2/10
Hamilton [1] 3/11
Harold [2] 2/6 4/7
has [14] 5/16 7/22 8/8 13/24 16/5 16/14 17/7 17/9 17/25 19/7 19/10 19/20 20/5 20/6
have [16] 5/11 5/15 5/17 6/17 8/3 8/14 8/14 8/21 9/13 11/6 11/11 16/7 16/19 20/2 20/11 20/13
haven't [1] 5/13
having [1] 8/12
he [2] 14/7 14/8
hear [1] 12/13
heard [2] 12/14 17/12
held [3] 9/16 9/19 21/6
helpful [1] 13/24
helpfully [1] 14/2
here [4] 4/21 16/16 17/2 17/10
hereby [1] 21/3
history [1] 11/7
holder [1] 16/3
holding [2] 8/22 9/10
Honor [24]
HONORABLE [1] 1/5
Hosen [2] 2/7 4/14
house [4] 11/8 11/10 11/12 11/13
how [7] 5/13 7/24 8/12 15/11 16/5 18/3 19/15

## I

I'd [1] 14/13
I'll [2] 5/3 11/8
I'm [6] 5/15 10/6 11/10 12/20 17/11 20/14
I've [1] 17/12
Ian [2] 2/6 4/11
identify [2] 5/19 19/21
if [21] 7/23 8/15 10/7 11/6 12/4 13/9 13/18 13/19 14/13 14/19 14/23 15/25 16/7 16/18 16/25 17/23 18/6 18/12 18/16 19/12 19/17
Immunities [1] 11/11
immunity [2] 12/25 16/4
important [2] 20/6 20/8
in [64]
included [1] 8/5
includes [1] 16/2
including [1] 14/3
incorporated [1] 19/3

indeed [1] 13/19
independence [1] 18/10
independent [1] 19/25
indicating [1] 9/12
information [2] 7/9 9/7
inseparable [1] 19/22
instance [1] 15/15
instructed [1] 16/14
intent [1] 6/10
interactions [1] 9/2
interest [1] 20/11
interpretation [1] 5/23
into [7] 14/17 14/17 15/19 16/9 16/9 19/3 20/11
involved [3] 5/6 7/20 9/16
irrelevant [2] 15/12 15/20
is [74]
isn't [1] 8/7
issue [6] 10/19 14/7 16/16 17/2 19/11 20/15
issues [2] 7/16 7/18
it [58]
it's [17] 7/2 9/15 9/21 10/22 11/3 13/21 14/20 15/7 15/18 16/18 17/3 17/14 18/24 19/2 19/6 20/3 20/4
Item [1] 4/4
its [11] 5/25 6/13 7/10 10/14 11/25 15/2 19/5 19/5 19/8 19/14 20/9
itself [8] 7/23 8/3 10/8 12/24 13/3 19/22 19/23 20/9

## J

Jr [1] 2/21
JUDGE [6] 1/5 9/15 9/19 14/1 14/6 15/24
Judicial [1] 21/7
Judiciary [1] 11/13
JUNE [2] 1/18 4/1
juridical [3] 19/4 20/2 20/5
just [9] 6/5 6/10 7/1 11/8 12/14 12/18 13/5 15/19 16/14

## K

key [1] 14/14
know [1] 6/16

## L

label [1] 8/6
language [2] 16/12 16/13
later [1] 6/23
launch [14] 5/8 6/6 6/11 8/23 9/1 9/6 9/7 12/10 15/3 15/4 15/13 16/10 17/8 17/8
launched [5] 6/3 14/20 14/20 14/21 14/24
launching [3] 5/25 8/10 12/6
law [1] 17/25
lawyers [1] 6/18
least [2] 5/22 9/23
lectern [1] 5/19
legislative [1] 11/7
less [1] 10/16
let [5] 5/10 7/5 7/16 12/13 16/24 17/11 18/19
let's [1] 8/16
like [7] 9/7 10/3 11/3 12/6 14/13 19/25 19/25
limit [1] 8/5
LIMITED [2] 1/7 4/5
litigation [1] 13/25
LLP [6] 2/7 2/13 2/21 3/5 3/11 4/10
look [7] 10/4 10/7 16/8 16/14 16/18 16/19 18/17
looked [1] 18/11
looking [2] 8/2 16/16
LOS [5] 1/17 1/24 2/8 3/6 4/1

## M

made [4] 12/15 13/24 15/14 15/24
maintain [3] 17/4 17/7 17/14

maintained [1] 13/19
maintaining [1] 19/10
maintains [1] 17/15
make [1] 12/2
makes [1] 18/18
making [1] 12/6
managed [1] 19/6
manages [1] 20/7
managing [1] 17/24
Manatt [2] 3/5 4/18
manatt.com [1] 3/7
many [3] 19/2 19/2 19/2
matter [4] 10/25 18/17 20/14 21/6
matters [1] 11/1
Matthew [4] 2/7 3/10 4/13 5/3
may [7] 6/18 6/24 7/21 14/13 15/3 18/24 19/18
me [11] 5/10 5/21 6/18 7/5 7/16 8/20 10/17 12/13 16/24 17/11 18/19
mean [2] 14/7 14/16
meaning [1] 14/4
meaningful [1] 18/5
means [2] 10/9 14/17
mechanism [1] 6/13
medical [1] 20/1
meet [2] 7/24 8/12
mentioned [1] 12/17
met [1] 8/16
Michael [1] 3/10
might [4] 15/12 15/21 16/8 18/10
Mike [1] 4/22
military [4] 13/10 13/11 13/20 19/24
mind [1] 6/14
minute [2] 8/17 9/13
mix [1] 19/16
MONDAY [2] 1/18 4/1
Monica [1] 2/22
monies [2] 6/22 6/24
more [1] 18/25
most [1] 19/13
Mr. [1] 12/18
Mr. Barza [1] 12/18
mslater [1] 3/13
must [5] 15/8 15/9 18/11 18/25 19/7
my [6] 4/21 5/7 5/11 5/22 6/9 11/11

## N

name [3] 19/5 19/5 20/9
National [2] 17/19 18/4
nature [3] 10/12 16/14 19/10
necessarily [1] 16/2
necessary [1] 20/3
need [1] 7/17
never [1] 16/3
Ninth [3] 14/3 15/7 17/25
NML [9] 1/7 4/4 4/8 4/10 4/12 4/14 7/16 9/15 15/2
no [9] 1/9 6/15 6/22 7/1 7/12 12/21 14/25 15/24 21/13
No. [2] 11/12 11/14
No. 94-1310 [1] 11/14
No. 94-1487 [1] 11/12
nominally [1] 19/21
noncommercial [1] 13/21
North [1] 1/24
not [23]
nothing [3] 13/1 13/16 15/13
notion [1] 9/25
now [16] 5/5 7/16 7/25 8/21 8/22 8/24 9/10 10/15 12/6 14/11 15/5 15/18 15/24 15/25 16/16 17/4
NW [2] 2/14 3/11

## O

objective [1] 12/4
obtain [1] 19/7
offer [1] 9/1
Okay [2] 5/21 7/15
Olympic [1] 3/5
on [20] 4/16 4/18 4/21 5/4 8/16 8/25 12/2 12/6 12/8 12/15 13/4 13/18 14/15 17/13 18/1 18/16 18/24 19/2 19/8 20/8
once [1] 14/20
one [6] 8/20 8/25 9/22 14/23 17/5 17/7
ongoing [3] 9/2 9/5 9/8
only [6] 17/4 17/7 17/9 19/17 19/22 19/24
opinion [1] 10/19
opportunity [1] 16/25
opposed [1] 8/21
or [20] 6/6 7/10 8/7 10/10 10/11 10/13 10/13 11/1 11/15 11/25 11/25 13/2 13/4 13/19 14/18 15/14 18/4 19/24 20/1 20/1
order [1] 20/15
Otero [3] 14/2 14/6 15/24
other [12] 5/17 6/4 7/2 7/8 7/13 7/21 11/1 12/16 13/17 14/24 19/11 20/1
out [2] 12/16 19/9
outside [1] 16/20
over [1] 16/18
overseas [1] 9/18
own [4] 19/5 19/5 19/8 20/9

## P

p.m [2] 4/1 20/18
page [2] 11/8 21/6
paid [1] 6/5
part [3] 8/3 8/8 17/24
particular [3] 10/10 10/13 18/14
parties [1] 13/25 15/3
party [2] 8/6 15/12
pass [1] 8/16
passed [1] 18/12
pay [1] 6/10
payable [2] 6/23 6/25
Pennsylvania [1] 3/11
people [2] 9/18 11/2
performing [1] 12/7
perhaps [1] 11/15
personally [1] 5/15
pertinent [2] 11/16 11/17
Phelps [2] 3/5 4/18
Phillips [2] 3/5 4/18
phrase [1] 10/16
piece [1] 16/1
pierce [1] 19/18
plain [1] 20/8
plaintiff [7] 1/8 2/4 4/10 4/12 4/14 17/14 19/12
plaintiffs [1] 16/24
please [1] 4/6
point [4] 8/20 10/4 13/21 16/6
policy [1] 19/9
possession [2] 14/17 15/8
possibly [1] 7/24
preface [1] 5/10
PRESIDING [1] 1/5
previously [1] 16/13
prior [3] 13/25 15/6 15/20
private [4] 7/11 15/3 15/4 15/12
problem [1] 12/21
proceedings [3] 1/16 20/18 21/5
proceeds [1] 13/1
product [3] 13/2 13/3 15/16
professional [2] 19/7 20/7
pronounce [2] 17/18 17/20

property [10] 13/7 13/21 15/1 15/8 15/9 15/11 16/1 17/2 17/4 17/9
provisions [1] 11/19 11/25 12/22
public [2] 12/5 17/23
purchase [1] 15/4
purpose [9] 7/11 8/4 8/5 8/13 8/15 8/17 10/1 10/6 10/14 12/17 13/22 15/9 15/10 15/18 16/7 16/22 18/24
purposes [10] 7/8 7/14 7/22 7/24 7/25 8/9 9/25 10/25 16/11 18/13
pursuant [1] 21/3
put [4] 15/23 16/8 16/9 17/7
putting [2] 14/17 14/17

## Q

qualify [1] 9/13
question [9] 7/21 7/22 8/3 12/23 15/1 15/23 17/13 18/1 18/19
questions [1] 4/25
Quinn [4] 2/7 4/8 4/12 4/14
quinnemanuel.com [1] 2/10
quite [1] 14/2 20/6 20/7

## R

raising [1] 8/19
rather [1] 10/13
reach [1] 8/14
read [5] 8/4 11/8 11/15 16/5 18/13
reads [1] 12/16
realize [1] 8/14
really [1] 17/9
reasons [1] 17/6
recap [1] 13/25
recited [1] 16/13
reference [3] 8/1 10/12 10/14
referenced [1] 12/18
regardless [2] 12/9 15/16
regular [1] 10/10
regulations [1] 21/7
related [1] 9/6
relevant [1] 16/18
remedy [1] 13/4
repairs [3] 12/2 12/6 12/8
report [5] 11/8 11/10 11/12 11/13 11/13
reported [1] 21/5
REPORTER'S [1] 1/16
republic [13] 4/19 4/21 4/24 5/1 5/4 6/13 6/18 7/5 7/10 12/13 15/14 18/20 20/12
require [1] 8/4
research [3] 19/9 19/15 20/1
reserve [3] 5/7 6/5 6/10
reserved [1] 5/25
respect [1] 14/4
respond [1] 16/25
restriction [1] 8/25
revenues [2] 18/5 18/7
review [1] 7/17
right [10] 6/5 6/11 8/22 8/24 12/11 14/7 14/10 17/4 17/6 20/13
rights [7] 7/1 8/23 8/24 9/9 9/10 16/2 17/3
road [1] 16/8
rocket [3] 5/25 6/3 6/6 6/8
Room [1] 1/24
RPR [1] 1/23
run [2] 14/12 14/13

## S

said [6] 10/25 15/7 15/24 17/8 18/22
same [3] 10/19 12/2 18/19
Santa [1] 2/22
satellite [12] 5/8 6/1 6/4 7/7 7/23 9/24 12/7 12/10 14/19 15/21 17/3 17/8
satellites [8] 6/11 8/11 14/1 14/8 14/23 15/20 16/10 16/20

say [6] 8/8 10/5 11/18 12/7 17/15 19/23
saying [3] 5/11 5/15 14/12
says [6] 10/7 10/9 13/7 13/16 18/15 19/18
scientific [3] 9/17 10/21 10/23
Scott [1] 2/6
second [6] 7/3 8/8 9/14 9/21 10/19 10/25
section [3] 13/4 13/5 21/3
see [6] 6/22 7/3 7/15
seems [1] 10/16
seen [3] 5/11 5/13 5/16
self [3] 17/24 17/24 18/9
self-funding [1] 17/24
self-managing [1] 17/24
self-sufficiency [1] 18/9
Senate [1] 11/13
sense [1] 6/19
separate [8] 12/10 18/23 19/7 19/21 20/2 20/2 20/4 20/5
September [2] 11/12 11/14
September 27th [1] 11/14
September 9th [1] 11/12
service [2] 14/17 16/9
services [4] 12/10 15/4 15/5 15/13
serving [1] 18/24
shall [1] 10/12
Shelton [2] 2/6 4/12
shipment [1] 9/18
shipped [1] 9/18
should [2] 12/3 18/17
show [5] 9/3 9/4 9/9 19/13 19/17
side [1] 12/16
similar [1] 11/4
Similarly [1] 12/9
simply [4] 13/18 14/16 15/8 16/5
single [1] 16/14
sir [1] 12/20
site [2] 9/1 17/8
sites [1] 9/7
Slater [3] 3/10 4/20 5/3
slightly [1] 5/12
slot [1] 9/10
Slower [1] 11/20
so [19] 7/17 7/19 8/2 8/5 8/12 13/9 13/23 14/19 14/23 15/12 15/16 16/6 17/9 18/1 18/8 18/25 19/19 19/22 19/23
so-called [1] 7/19
solely [1] 19/8
some [4] 4/25 6/18 7/16 13/17
somebody [1] 13/17
somehow [1] 14/12
someone [1] 9/1
something [4] 8/6 13/6 18/9 18/25
sorry [4] 10/6 11/10 11/21 12/20
sort [2] 6/6 17/24
sorts [1] 20/1
sought [1] 15/11
South [1] 2/8
sovereign [6] 11/11 12/25 13/12 13/15 19/22 19/23
sovereign's [1] 13/20
space [4] 1/10 4/5 19/9 20/1
Spaceport [1] 7/13
SpaceX [8] 4/16 5/5 5/8 5/20 5/23 5/25 5/25 9/2
SpaceX's [1] 8/25
speak [1] 5/18
speaking [1] 5/4
speaks [2] 5/2 13/5
specific [1] 16/10
specifically [1] 18/22
spot [2] 5/8 17/4
Spring [1] 1/24
start [2] 11/22 18/14

## S

state [1] 4/6
states [15] 1/1 1/23 7/25 8/9 8/13 9/18 11/8
13/7 13/13 13/16 13/19 15/2 16/21 21/4 21/8
status [1] 20/3
statute [7] 8/2 8/3 8/5 10/5 10/8 12/16 16/5
Stay [1] 7/3
Steen [1] 3/11
stenographically [1] 21/5
STEPHEN [1] 1/5
Steve [1] 4/9
Steven [1] 2/13
Steven.Engel [1] 2/16
still [1] 9/25
Street [3] 1/24 2/8 2/14
strictly [1] 7/8
subdivision [2] 9/17 10/20
subject [2] 5/22 13/3
submission [1] 20/14
submit [1] 8/22
Such [1] 12/3
sue [1] 19/4
sued [3] 12/25 13/16 19/5
sufficiency [1] 18/9
sufficient [4] 15/8 18/3 19/19 20/4
Suite [1] 2/22
Sullivan [1] 2/7
summarize [1] 11/15
Supreme [2] 8/1 18/21
sure [1] 18/9
susceptible [1] 14/21
SVW [2] 1/9 4/4
switching [1] 17/11
synthesized [1] 14/2

## T

take [3] 5/18 13/9 20/14
talk [1] 11/17
talking [1] 9/7
TECHNOLOGIES [2] 1/10 4/5
tell [1] 5/21
tells [1] 15/13
temporal [1] 8/20
ten [1] 18/17
term [6] 6/7 6/7 8/5 14/4 14/15 17/23
terms [1] 19/15
test [14] 7/19 7/20 7/24 8/12 8/15 8/16 8/16
8/17 10/4 14/14 17/25 18/12 18/15 19/20
than [2] 10/13 18/25
Thank [11] 7/3 7/15 8/18 10/3 11/23 12/12
16/24 17/1 20/15 20/16 20/17
that [106]
that's [14] 6/2 9/8 10/16 11/2 11/4 12/15 15/9
15/25 16/15 16/23 17/7 17/16 17/24 20/8
their [8] 12/4 15/25 18/7 18/7 18/8 18/10
18/13 19/3
them [3] 7/17 8/24 9/6
themselves [3] 14/1 14/9 16/20
then [4] 8/7 11/13 16/1 16/7
there [15] 6/4 6/12 6/24 7/3 7/11 7/19 8/19
9/2 9/5 9/12 10/19 12/23 13/13 16/3 18/17
there's [3] 9/14 15/1 15/1
therefore [1] 15/4
these [1] 13/25
they [13] 8/21 8/22 8/24 9/20 11/17 11/18
16/25 17/8 17/20 18/6 18/16 19/17 19/17
they're [10] 8/22 10/23 11/1 12/9 13/18
13/19 14/11 17/3 18/5 20/10
things [4] 9/7 9/21 11/1 19/25
think [20] 6/7 8/19 9/3 9/8 9/9 9/10 9/15
11/16 12/14 13/23 16/7 16/23 17/9 17/12
17/20 18/6 18/7 18/18 20/13 20/14

third [1] 15/11
this [16] 5/10 5/22 7/12 10/20 11/10 14/1
14/7 14/19 15/15 15/25 16/5 16/17 17/6 19/1
19/3 20/10
those [6] 8/25 9/8 9/10 13/14 13/18 19/19
threads [1] 8/19
through [3] 14/1 14/13 18/8
Thus [1] 11/24
time [3] 6/23 15/10 16/18
Title [1] 21/4
Title 18 [1] 21/4
too [2] 15/25 18/17
totally [1] 15/11
transaction [3] 10/11 10/13 11/2
transcript [3] 1/16 21/5 21/6
Treasury [1] 19/25
true [2] 12/2 21/4
try [2] 13/18 19/21
trying [1] 14/11
turn [3] 7/5 7/16 18/24
turns [1] 13/4
two [3] 7/18 8/19 10/18
typifies [1] 12/15

## U

U.S [1] 1/5
U.S.C [1] 10/8
ultimate [2] 12/4 13/2
under [5] 6/25 16/4 18/11 20/3 20/14
understand [1] 9/1
understanding [4] 5/6 5/7 5/11 6/9
understood [1] 17/23
undisputed [1] 20/8
UNITED [13] 1/1 1/23 7/25 8/9 8/13 13/7
13/13 13/16 13/19 15/2 16/20 21/4 21/8
Unlike [1] 17/5
unrelated [1] 13/17
upon [2] 12/25 13/15
Urquhart [1] 2/7
use [22]
used [24]
using [7] 8/21 8/22 9/13 9/17 9/20 11/2 12/9

## V

vail [1] 19/18
various [1] 14/2
venture [1] 7/13
versa [1] 8/7
vice [1] 8/7

## W

waiver [1] 12/24
want [5] 4/25 5/6 5/18 5/22 13/23
war [1] 13/20
was [31]
Washington [2] 2/14 3/12
wasn't [3] 8/16 14/6 14/7
way [4] 16/8 17/18 17/20 19/18
ways [1] 10/18
wdonovan [1] 2/24
we [10] 7/17 9/1 9/14 17/19 18/2 18/5 18/6
18/7 18/11 18/13
we're [2] 16/16 19/24
we've [1] 18/12
weather [1] 7/9
weights [1] 9/7
well [4] 4/10 14/20 16/7 17/14
were [7] 6/22 8/19 9/20 10/20 15/20 16/1
20/11
weren't [1] 18/16
West [1] 3/5
what [20] 7/20 9/4 9/23 10/9 10/25 11/9
11/16 12/9 12/14 13/23 14/23 15/2 15/13
15/23 16/8 16/15 16/17 18/1 19/12 19/15

what's [3] 5/6 6/7 11/17
whatever [1] 7/9
when [5] 6/3 8/6 10/15 17/17 19/21
where [3] 5/24 14/1 15/6
whereby [1] 6/13
whether [15] 7/19 10/4 10/20 11/1 12/23
13/2 13/6 13/16 15/1 15/16 15/20 17/22 18/4
18/22 18/24
which [18] 11/7 11/8 12/24 12/25 13/5 13/11
13/14 13/15 13/20 16/1 16/10 16/10 16/17
16/20 17/5 19/9 19/24 20/2
who [3] 5/2 5/16 20/7
Why [1] 11/15
will [2] 16/17 16/20
William [1] 2/21
WILSON [1] 1/5
wish [1] 16/25
withdraw [1] 6/14
words [6] 6/4 7/8 12/16
would [19] 5/18 8/22 9/3 9/4 9/9 10/3 12/2
12/24 13/14 14/24 16/2 16/3 16/3 16/9 16/21
18/3 18/9 18/12 19/19
wouldn't [3] 8/14 14/20 18/17
writ [1] 15/10

## Y

years [1] 19/2
Yes [7] 5/5 5/21 6/19 7/6 8/18 10/3 10/18
you [35]
you've [1] 12/14
your [27]
yourself [1] 5/19