# EXHIBIT 1

# Albert Villamil

| | |
|---|---|
| **From:** | Harold Barza |
| **Sent:** | Friday, July 11, 2014 8:48 AM |
| **To:** | Brown, Donald |
| **Cc:** | Matt Hosen; Donovan, William P.; Boccuzzi Jr., Carmine D.; Bruce Van Dalsem; Ian Shelton; Cohen, Robert; steven.engel@dechert.com; jblackman@cgsh.com; Brennan, Michael M.; mslater@cgsh.com |
| **Subject:** | Re: NML v. SpaceX, et al. :FRCP 26(f) Conference |

Don

Are you available today for a short call to discuss this subject?

Thanks

Hal

> On Jul 11, 2014, at 8:38 AM, "Brown, Donald" <DBrown@manatt.com> wrote:
>
> Dear Matt,
>
> I write in response to your request that the parties convene a Rule 26(f) conference.  In light of the motion to dismiss that is currently sub judice, we think it is premature to consider whether to convene a Rule 26(f) conference.  Among other things, a ruling on the pending motion could affect the issues to discuss.  The parties should reassess whether a conference is appropriate in the event that motion is denied.
>
> Regards,
>
> Donald Brown
> Partner
> _____
>
> Manatt, Phelps & Phillips, LLP
> 11355 W. Olympic Blvd
> Los Angeles, CA 90064
> D (310) 312-4318 F (310) 914-5817
>
> DBrown@manatt.com
> manatt.com
>
> CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.
>
> -----Original Message-----
> From: Matt Hosen [mailto:matthosen@quinnemanuel.com]
> Sent: Tuesday, July 08, 2014 11:47 AM
> To: Donovan, William P.; 'Boccuzzi Jr., Carmine D.'

```
> Cc: Bruce Van Dalsem; Harold Barza; Ian Shelton; 'Cohen, Robert';
'steven.engel@dechert.com'; Brown, Donald; 'jblackman@cgsh.com'; 'Brennan, Michael M.';
'mslater@cgsh.com'
> Subject: RE: NML v. SpaceX, et al. :FRCP 26(f) Conference
>
> Bill,
>
> In light of these scheduling issues we propose a conference date of July 15th or 16th, at
10:00 am or 1:30 pm pacific. Please let me know which of these dates/times work for you, or
propose an alternative date.
>
> Thanks,
>
> Matt
>
>
>
> -----Original Message-----
> From: Donovan, William P. [mailto:wdonovan@cooley.com]
> Sent: Friday, July 04, 2014 1:17 AM
> To: Matt Hosen; 'Boccuzzi Jr., Carmine D.'
> Cc: Bruce Van Dalsem; Harold Barza; Ian Shelton; 'Cohen, Robert';
'steven.engel@dechert.com'; 'Brown, Donald'; 'jblackman@cgsh.com'; 'Brennan, Michael M.';
'mslater@cgsh.com'
> Subject: Re: NML v. SpaceX, et al. :FRCP 26(f) Conference
>
> Matt,
>
> Please remember that we chose the June 30th hearing date because of scheduling issues on
the defense side. I am in Europe for the next 10 days.
>
> Enjoy the 4th.
>
> Best,
>
> Bill
>
> From: Matt Hosen
> Sent: Friday, July 4, 2014 12:32 AM
> To: 'Boccuzzi Jr., Carmine D.'
> Cc: Bruce Van Dalsem; Harold Barza; Ian Shelton; 'Cohen, Robert';
'steven.engel@dechert.com'; 'Brown, Donald'; 'jblackman@cgsh.com'; 'Brennan, Michael M.';
Donovan, William P.; 'mslater@cgsh.com'
> Subject: NML v. SpaceX, et al. :FRCP 26(f) Conference
>
>
> Counsel,
>
> Per FRCP 26(f), we would like to have a conference early next week to discuss discovery
going forward. Please let us know your availability at your earliest convenience.
>
> Best Regards,
>
> Matt Hosen
> Associate
> Quinn Emanuel Urquhart & Sullivan, LLP
> 865 S. Figueroa Street, 10th Floor
```

2

EXHIBIT 1
PAGE 6

```
> Los Angeles, CA 90017
> 213-443-3164 Direct
> 213-443-3000 Main Office Number
> matthosen@quinnemanuel.com<mailto:matthosen@quinnemanuel.com>
>
> NOTICE: The information contained in this e-mail message is intended only for the personal
and confidential use of the recipient(s) named above. This message may be an attorney-client
communication and/or work product and as such is privileged and confidential. If the reader
of this message is not the intended recipient or agent responsible for delivering it to the
intended recipient, you are hereby notified that you have received this document in error and
that any review, dissemination, distribution, or copying of this message is strictly
prohibited. If you have received this communication in error, please notify us immediately by
e-mail, and delete the original message.
>
>
> _____
>
> This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized review, use, disclosure or
distribution is prohibited. If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message. If you are the intended
recipient, please be advised that the content of this message is subject to access, review
and disclosure by the sender's Email System Administrator.
>
> ########################################################################
> ############### IRS CIRCULAR 230 DISCLOSURE: To comply with
> requirements imposed by the Department of the Treasury, we inform you
> that any U.S. tax advice contained in this communication (including
> any attachments) is not intended or written by the practitioner to be
> used, and that it cannot be used by any taxpayer, for the purpose of
> (i) avoiding penalties that may be imposed on the taxpayer, and (ii)
> supporting the promotion or marketing of any transactions or matters
> addressed herein. For information about this legend, go to
> http://www.manatt.com/Expertise.aspx?id=4870
> ########################################################################
> ###############
>
```

EXHIBIT 1
PAGE 7