# EXHIBIT 2

quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 | FAX (213) 443-3100

WRITER'S INTERNET ADDRESS
halbarza@quinnemanuel.com

July 21, 2014

VIA ELECTRONIC MAIL

| | |
|---|---|
| Michael M. Brennan | Donald R. Brown |
| mbrennan@cgsh.com | dbrown@manatt.com |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | MANATT, PHELPS & PHILLIPS, LLP |
| One Liberty Plaza | 11355 West Olympic Boulevard |
| New York, NY 10006 | Los Angeles, CA 90064-1614 |

William P. Donovan, Jr.
wdonovan@cooley.com
COOLEY LLP
1333 2nd Street, Suite 400
Santa Monica, CA 90401

Re:   *NML Capital Ltd v. SpaceX et al.*, No. 14-cv-02262-SVW-E (C.D. Cal.)

Dear Michael and Bill:

Thank you for attending the telephonic conference on July 17, 2014.  I write to memorialize the issues raised during our call.

*First*, I requested that the parties convene a Rule 26(f) conference.  In response, counsel for Argentina and SpaceX stated that they were unwilling to convene a Rule 26(f) conference until after the Court rules on Argentina's motion to dismiss.  Counsel for Argentina and SpaceX stated that the parties should reassess whether a conference is appropriate after the Court rules on the motion.

*Second*, I requested that counsel for Argentina confirm whether Argentina plans to sell, transfer, alienate, cancel, or take any other action that would impair the value of the Launch Services Rights at issue in this proceeding.  Counsel for Argentina agreed to take our request for information under consideration and provide a response.

quinn emanuel urquhart & sullivan, llp
NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS

EXHIBIT 2
PAGE 8

*Third*, I requested that Argentina and/or SpaceX produce the Launch Services Contract under seal. Counsel for Argentina and SpaceX declined to do so.

Please let me know if this summary of our call is inconsistent with your recollection. I look forward to hearing from you regarding the second issue discussed above.

Very truly yours,

*Harold Barza*

Harold A. Barza

HAB