# EXHIBIT 3

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| WASHINGTON, DC | ONE LIBERTY PLAZA | ROME |
| PARIS | NEW YORK, NY 10006-1470 | MILAN |
| BRUSSELS | (212) 225-2000 | HONG KONG |
| LONDON | FACSIMILE (212) 225-3999 | BEIJING |
| FRANKFURT | WWW.CLEARYGOTTLIEB.COM | BUENOS AIRES |
| COLOGNE | Writer's Direct Dial +1 212-225-2117 | SÃO PAULO |
| MOSCOW | E-Mail mbrennan@cgsh.com | ABU DHABI |
| | | SEOUL |

July 28, 2014

BY EMAIL

Harold A. Barza
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

Re: *NML Capital, Ltd. v. SpaceX et al.*, 14-cv-02262-SVW-E (C.D. Cal.)

Dear Harold:

      I write in response to your letter of July 21, 2014 summarizing certain issues raised during our telephone conference on July 17, 2014. I confirm that your summary is not inconsistent with my recollection, but clarify that we agreed to direct our inquiry to Comisión Nacional de Actividades Espaciales ("CONAE"), and not to the Republic of Argentina. We have made that inquiry and can confirm that CONAE's Launch Services Contract at issue in this litigation remains in full force and effect.

Very truly yours,

Michael M. Brennan

cc: William P. Donovan
    Donald R. Brown