01998.2361

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NML CAPITAL, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SPACE EXPLORATION TECHNOLOGIES CORP., aka SPACEX, a Delaware corporation; THE REPUBLIC OF ARGENTINA, a foreign state, including its *COMISIÓN NACIONAL DE ACTIVIDADES ESPACIALES*, aka CONAE, a political subdivision of the Argentine State; and DOES 1-10, <br><br> Defendants. | CASE NO. CV 14-02262-SVW (Ex) <br><br> **[PROPOSED] ORDER GRANTING MOTION BY NML CAPITAL, LTD. FOR LEAVE TO SERVE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE** |

Upon consideration of the motion by plaintiff NML Capital, Ltd. ("NML") for leave to serve discovery on defendants Space Exploration Technologies Corp. and the Republic of Argentina (collectively, "Defendants") prior to a Rule 26(f) conference, which motion was fully briefed and presented for hearing on March 9, 2015, and finding that good cause exists therefore,

**IT IS HEREBY ORDERED THAT:**

-1-   Case No. CV 14-02262-SVW (Ex)
[PROPOSED] ORDER GRANTING NML CAPITAL, LTD'S MOTION FOR LEAVE TO SERVE DISCOVERY
PRIOR TO RULE 26(f) CONFERENCE

1  (1) Plaintiff NML is granted leave to conduct discovery in this action upon issuance of
2 this order.

4  **IT IS SO ORDERED.**

DATED: March 9, 2015

_____
Honorable Stephen V. Wilson
United States District Court Judge

01998.2361

-2-   Case No. CV 14-02262-SVW (Ex)
[PROPOSED] ORDER GRANTING NML CAPITAL, LTD'S MOTION FOR LEAVE TO SERVE DISCOVERY
PRIOR TO RULE 26(f) CONFERENCE