DONALD R. BROWN (Bar No. CA 156548)
E-mail: dbrown@manatt.com
CARL L. GRUMER (Bar No. CA 066045)
E-mail: cgrumer@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000, Facsimile: (310) 312-4224

JONATHAN I. BLACKMAN (*Pro Hac Vice)*
E-mail: jblackman@cgsh.com
CARMINE D. BOCCUZZI (*Pro Hac Vice)*
E-mail: cboccuzzi@cgsh.com
MICHAEL M. BRENNAN (*Pro Hac Vice)*
E-mail: mbrennan@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000, Facsimile: (212) 225-3999

MATTHEW D. SLATER (*Pro Hac Vice)*
E-mail: mslater@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW, 9th Floor
Washington D.C. 20006
Telephone: (202) 974-1500, Facsimile: (202) 974-1999

Attorneys for *Defendant*
THE REPUBLIC OF ARGENTINA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

NML CAPITAL, LTD.,

Plaintiff,

vs.

SPACE EXPLORATION TECHNOLOGIES CORP., aka SPACEX, a Delaware corporation; THE REPUBLIC OF ARGENTINA, a foreign state, including its *COMISIÓN NACIONAL DE ACTIVIDADES ESPACIALES*, aka CONAE, a political subdivision of the Argentine State; and DOES 1-10,

Defendants.

No. 14 CV 02262-SVW-Ex

Hon. Stephen V. Wilson

**STIPULATION REGARDING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR LEAVE TO SERVE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE**

Hearing Date: March 9, 2015
Time: 1:30 p.m.
Courtroom: 6

WHEREAS, on February 9, 2015, plaintiff NML Capital, Ltd. ("NML") filed a Motion for Leave to Serve Discovery Prior to Rule 26(f) Conference (the "Motion" [Dkt. No. 43]);

WHEREAS, the Motion is set for hearing on March 9, 2015;

WHEREAS, the Oppositions of defendants Space Exploration Technologies Cop. and the Republic of Argentina ("Defendants") to the Motion would, in the normal course, be due on Monday, February 16, 2015;

WHEREAS, February 16, 2015 is a Court holiday, which arguably advances the due date for Defendants' Oppositions to Friday, February 13, 2015 instead;

WHEREAS, Defendants have asked NML to agree to modify the briefing schedule so that Defendants may file and serve their Oppositions after February 13, 2015;

WHEREAS, NML has agreed that Defendants may file their Oppositions on Tuesday, February 17, 2015;

WHEREAS, the parties have agreed that the modified due date for the Oppositions will not affect the hearing date or the due date for NML's reply;

/ / /

/ / /

THEREFORE, the parties, through their undersigned counsel, hereby stipulate and agree, subject to the Court's approval, that Defendant's Oppositions to NML's Motion shall be filed on or before February 17, 2015, and that this modification to the briefing scheduled does not affect the hearing date or the deadline for NML's reply.

Dated: February 11, 2015

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Donald R. Brown
Donald R. Brown
Attorneys for *Defendant*
THE REPUBLIC OF ARGENTINA

Dated: February 11, 2015

COOLEY LLP
William P. Donovan, Jr.

By: /s/ William P. Donovan, Jr.
William P. Donovan, Jr.
Attorneys for *Defendant*
SPACE EXPLORATION TECHNOLOGIES CORP.

Dated: February 11, 2015

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Harold A. Barza
Bruce E. Van Dalsem
Ian S. Shelton
Matthew S. Hosen

By: /s/ Harold A. Barza
Harold A. Barza
Attorneys for *Plaintiff*
NML CAPITAL, LTD.