1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT

10

| NML CAPITAL, LTD., | No.  14 CV 02262-SVW-Ex |
|---|---|

11

         Plaintiff,             Hon. Stephen V. Wilson

12

      vs.                 **[PROPOSED] ORDER GRANTING**

13
**STIPULATION REGARDING**
SPACE EXPLORATION         **BRIEFING SCHEDULE FOR**

14
TECHNOLOGIES CORP., aka    **PLAINTIFF'S MOTION FOR**
SPACEX, a Delaware corporation;  **LEAVE TO SERVE DISCOVERY**

15
THE REPUBLIC OF ARGENTINA, a **PRIOR TO RULE 26(f)**
foreign state, including its *COMISIÓN* **CONFERENCE**

16
*NACIONAL DE ACTIVIDADES*
*ESPACIALES*, aka CONAE, a political Hearing Date:     March 9, 2015

17
subdivision of the Argentine State; and Time:          1:30 p.m.
DOES 1-10,                      Courtroom:      6

18

         Defendants.

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

314027023.1

Block DocID

[PROPOSED] ORDER RE: BRIEFING
SCHEDULE

1        Plaintiff NML Capital, Ltd. ("NML") and defendants Space Exploration

2 Technologies Corp. and the Republic of Argentina (collectively, "Defendants")

3 have filed a Stipulation Regarding the Briefing Schedule on Defendants' Motion

4 for Leave to Serve Discovery Prior to Rule 26(f) Conference ("the Stipulation").

5 Having considered the Stipulation, the Court GRANTS the proposed modification

6 to the briefing schedule set forth in the Stipulation, as follows:

7    1)   Defendants' Oppositions to NML's Motion shall be filed on or before

8         February 17, 2015;

9    2)   The modification to the briefing schedule does not affect the deadline for

10        NML's reply or the hearing date for the Motion.

11

12

13 DATED: _____, 2015

14

15                     _____
                           Honorable Stephen V. Wilson

16                     United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

314027023.1

2

[PROPOSED] ORDER RE: BRIEFING
SCHEDULE

Block DocID