FILED
CLERK, U.S. DISTRICT COURT

Feb 13, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

| | |
|---|---|
| NML CAPITAL, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SPACE EXPLORATION TECHNOLOGIES CORP., aka SPACEX, a Delaware corporation; THE REPUBLIC OF ARGENTINA, a foreign state, including its *COMISIÓN NACIONAL DE ACTIVIDADES ESPACIALES*, aka CONAE, a political subdivision of the Argentine State; and DOES 1-10, <br><br> Defendants. | No. 14 CV 02262-SVW-Ex <br><br> Hon. Stephen V. Wilson <br><br> ~~[PROPOSED]~~ ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR LEAVE TO SERVE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE <br><br> Hearing Date:   March 9, 2015 <br> Time:   1:30 p.m. <br> Courtroom:   6 |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

314027023.1

Block DocID

[PROPOSED] ORDER RE: BRIEFING SCHEDULE

Plaintiff NML Capital, Ltd. ("NML") and defendants Space Exploration Technologies Corp. and the Republic of Argentina (collectively, "Defendants") have filed a Stipulation Regarding the Briefing Schedule on Defendants' Motion for Leave to Serve Discovery Prior to Rule 26(f) Conference ("the Stipulation"). Having considered the Stipulation, the Court GRANTS the proposed modification to the briefing schedule set forth in the Stipulation, as follows:

1) Defendants' Oppositions to NML's Motion shall be filed on or before February 17, 2015;

2) The modification to the briefing schedule does not affect the deadline for NML's reply or the hearing date for the Motion.

DATED:    February 13 , 2015

_____
Honorable Stephen V. Wilson
United States District Court Judge

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

314027023.1

2

[PROPOSED] ORDER RE: BRIEFING SCHEDULE

Block DocID