# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:14-cv-02262-SVW-E | Date | May 1, 2015 |
|---|---|---|---|
| Title | NML Capital Ltd v. Space Exploration Technologies Corp. et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**    IN CHAMBERS ORDER MOVING CASE TO INACTIVE CALENDAR

In light of the appeal, the Court moves this case to the inactive calendar.  The parties shall notify the Court, in writing, when the matter should be restored to the active calendar.

:

Initials of Preparer    KSS